UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

-------------------------------------------------------x

In re:

AREDIA and ZOMETA
PRODUCTS LIABILITY LITIGATION
(MDL No. 1760)

This Document Relates to:
      3:07-cv-1184 (Anderson, Terry)
      3:07-cv-1185 (Becker, Susan)
      3:07-cv-1186 (Blumenshine, Mary)
      3:07-cv-1187 (Bowden, Abbie)
      3:07-cv-1188 (Brown, Marsha)
      3:07-cv-1189 (Brown, Victor)
      3:07-cv-1190 (Calloway, Frances Jo.)
      3:07-cv-1191 (Eberhart, Susan)
      3:07-cv-1192 (Evers, Karen)
      3:07-cv-1193 (Foster, Betty)
      3:07-cv-1194 (Fragomeli, Fred)
      3:07-cv-1195 (Hill, Carol)
      3:07-cv-1196 (McCleery, Sally)
      3:07-cv-1197 (McDaniel, Eula Mae)
      3:07-cv-1198 (Melau, Edwin)
      3:07-cv-1199 (Melching, Brenda)
      3:07-cv-1200 (Miller, Elizabeth)
      3:07-cv-1201 (Montgomery, Bobby Lynn)
      3:07-cv-1202 (Newman, Phyllis)
      3:07-cv-1203 (Olson, Donna)
      3:07-cv-1204 (Patton, James)
      3:07-cv-1205 (Reinardy, Sally)
      3:07-cv-1206 (Strakhov, Suzanne)
      3:07-cv-1207 (Talley, Marie)
      3:07-cv-1208 (Thompson, Debra)
      3:07-cv-1209 (Tracy, George)
      3:07-cv-1210 (White, Denise)
      3:07-cv-1211 (Williams, Alison)
      3:07-cv-1213 (Zinger, Otilia)

-------------------------------------------------------x

JUDGE CAMPBELL
MAGISTRATE JUDGE
BROWN

**JURY DEMANDED**

**NOTICE OF FILING**

Come the Plaintiffs and file with the Court Exhibit A to the Plaintiffs' Response in Opposition to Defendant's Motion for a Section 1404(a) Venue Transfer, DE 1135, which was inadvertently omitted from the filing on January 31, 2008.

Respectfully submitted,


_____/s/ Michael K. Radford_____
Charles Patrick Flynn, BPR 2718
Michael K. Radford, BPR 012760
Flynn and Radford, Attorneys, P.C.
320 Seven Springs Way, Suite 150
Brentwood, TN   37027
(615) 370-9448

And

F. Dulin Kelly        #04085
Clinton L. Kelly      #16171
Andy L. Allman        #17857
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN   37075
Telephone:    (615) 824-3703
Facsimile:    (615) 822-7339

And

Crymes G. Pittman     #4391
Robert G. Germany     #4800
Joseph E. Roberts, Jr. #5587
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of February, 2008, served a true and correct copy of the foregoing document by operation of the Court's Electronic Case Filing System, on the following:

**Mary F. April**

The Coates Law firm
12012 S Shore Boulevard
Suite 107
Wellington, FL   33414
(561) 333-4911
(561) 333-4988 (fax)
mapril@coateslawfirm.com

**Earl B. Austin**
Baker Botts, LLP
2001 Ross Ave., Suite 900
Dallas, TX  75201-2980
(214) 953-6500
(214) 953-6503 (fax)
earl.austin@bakerbotts.com

**Catherine R. Baumer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)
cbaumer@spriggs.com

**Russel H. Beatie**
Beatie & Osborn, LLP
521 Fifth Ave., Suite 3400
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
bhunter@bandolaw.com

**Richard C. Bennett**
Bennett, Johnson & Galler
1901 Harrison St., 16th Floor
Oakland, CA 94612
(510) 444-5020
(510) 835-4260 (fax)
richardb@bjglawyers.com

**Bradford Berge**
Holland & Hart, LLP
110 N. Guadalupe
Suite 1
P.O. Box 2208
Santa Fe, NM   87504-2208
(505) 988-4421
Fax: (505) 983-6043
bberge@hollandhart.com

**Adam J. Berger**
Schroeter, Goldmark & Bender
810 Third Avenue
Suite 500
Seattle, WA   98104
(206) 622-8000

(206) 682-23005 (fax)
berger@sgb-law.com

**Turner W. Branch**
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM   87104
(505) 243-3501
Fax: (505) 243-3534
tbranch@branchlawfirm.com

**Bert Black**
Lockridge Grindal Nauen, PLLP
100 Washington Ave., South
Suite 2200
Minneapolis, MN   55401
(612) 339-6900
(612) 339-0981 (fax)
bblack@locklaw.com

**Robert W. Briley**
Briley Law Group, PLLC
511 Union Street, Suite 1610
Nashville, TN 37219
(615) 986-2684
rob@brileylaw.com

**Eugene C. Brooks, IV**
Brooks Law Firm
P.O. Box 9545
Savannah, GA   31412-9545
(912) 233-9696
(912) 232-8690
gbrooks@brooks-law.com


**James A. Bruen**
Farella, Braun & Martel, L.L.P.
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
jbruen@fbm.com

**Eric J. Buhr**
Reed Smith, LLP
355 S. Grand Avenue
Suite 2900
Los Angeles, CA   90071-1514
ebuhr@reedsmith.com

**Michael Campbell**
Holland & Hart, LLP
110 N. Guadalupe
Suite 1
P.O. Box 2208
Santa Fe, NM   87504-2208

```
(505) 988-4421
(505) 983-6043 (fax)
```
mcampbell@hollandhart.com

**Andrew J. Carboy**
```
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271
(212) 732-9000
(212) 266-4141 (fax)
```
acarboy@triallaw1.com

**Robert F. Clarke**
```
Phillips & Associates
3030 N. Third St., Suite 1100
Phoenix, AZ  85012
(602) 258-8900 x 328
(601) 288-1632 (fax)
```
bobc@phillipslaw.ws

**Myers Carroll Cayer**
```
Terrell, Hogan
233 E. Bay Street, Suite 800
Jacksonville, FL 32202-3451
(904) 632-2424
(904) 632-0549 (fax)
```
cayer@terrellhogan.com

**Howard K. Coates, Jr.**
```
The Coates Law Firm
12012 S Shore Boulevard
Suite 107
Wellington, FL   33414
(561) 333-4911
(561) 333-4988 (fax)
```
hcoates@coateslawfirm.com

**Andrew L. Colocotronis**
```
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
(865) 549-7000
```
acolocotronis@bakerdonelson.com

**Brian J. Connelly**
```
Gould, Cooksey, Fennell, Barkett,
   O'Neill & Marine
979 Beachland Boulevard
Vero Beach, FL   32963-1688
```
bconnelly@gouldcooksey.com

**Jim C. Curtis**
```
Kemp Smith, LLP
221 N. Kansas St., Suite 1700
```

El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
jcurtis@kempsmith.com

**William B. Curtis**
Miller, Curtis & Weisbrod, LLP
11551 Forest Central Dr., Suite 300
Dallas, TX  75243
(214) 987-0005
(214) 987-2545 (fax)
bcurtis@mcwlawfirm.com

**Paul Anthony Daniels**
Teague, Rotenstreich & Stanaland
P.O. Box 1898
Greensboro, NC 27402-1898
(336)272-4810
Fax: (336)272-2448
pad@trslaw.com

**Vicente de la Cruz**
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM   87104
(505) 243-3500
Fax: (505) 243-8319
vdelacruz@branchlawfirm.com

**Annesley H. Degaris**
Cory, Watson, Crowder & Degaris, P.C.
2131 Magnolia Ave.
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896(fax)
adegaris@cwcd.com

**Jeffrey A. Dickey**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5853
(202) 682-1639 (fax)
jdickey@spriggs.com

**Pamela J. Diedrich**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD 21401
(410) 269-6620
(410) 269-5452 (fax)
pjd@mch-law.com

**Penelope A. Dixon**
Carlton Fields, P.A.

P.O. Box 3239
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL  33601-3239
(813) 223-7000
(813) 229-4133 (fax)
pdixon@carltonfields.com

**James W. Dodson**
Law Offices of James W. Dodson
1259 Myrtle Avenue South
Clearwater, FL   33756
(727) 446-0840
(727) 446-0850
jim@jwdodsonlaw.com

**Scott Eldredge**
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112
(303) 792-5595
(303) 708-0527 (fax)
seldredge@burgsimpson.com

**Yvonne M. Flaherty**
Lockridge Grindal Nauen, PLLP
100 Washington Ave., South
Suite 2200
Minneapolis, MN  55401
(611) 339-6900
(612) 339-0981 (fax
flaheym@locklaw.com

**Donald W. Fowler**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)
dfowler@spriggs.com

**Deirdre C. Gallagher**
Spencer, Fane, Britt & Browne, LLP
One North Brentwood Boulevard
Suite 1000
Clayton, MO   63105-3925
(314) 863-7733
(314) 862-4656
dgallagher@spencerfane.com

**Edward W. Gerecke**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33601-3239
(813) 223-7000
(813) 229-4133 (fax)

egerecke@carltonfields.com

**Robert G. Germany**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
rgg@pgrwlaw.com

**Alvin M. Gomez**
Gomez Law Group
8910 University Center Lane, Suite 550
San Diego, CA  92122
(858) 552-0000
(858) 552-8505 (fax)
agomez@thegomezlawgroup.com

**David R. Gronbach**
Moynahan & Minnella, LLC
141 E. Main Street
Waterbury, CT 06722
(203) 573-1411
(203) 757-9313 (fax)
dgronbach@moynahanlawfirm.com

**Peter H. Gunst**
Astrachan, Gunst & Thomas, P.C.
217 E. Redwood Street
Suite 2100
Baltimore, MD   21202
(410) 783-3550
(410) 783-3530
pgunst@agtalawyers.com

**Thomas W. Hayde, Jr.**
Spencer, Fane, Britt & Browne, LLP
One North Brentwood Boulevard
Suite 1000
Clayton, MO 63105-3925
(314) 863-7733
(314) 862-4656
thayde@spencerfane.com

**Marcus E. Hayes, Sr.**
Crumley & Associates, P.C.
2400 Freeman Mill Road
Suite 200
Greensboro, NC   27406
(336) 333-9899
(336) 333-9894 (fax)
mehayes@crumleyandassociates.com

**Frederick G. Helmsing, Jr.**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900

P.O. Box 350
Mobile, AL 36602
(251) 432-5300
(251) 432-5302 (fax)
fhelmsing@mcdowellknight.com


**Joe G. Hollingsworth**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
jhollingsworth@spriggs.com

**Fred Cromwell Isaac**
Foerster, Isacc & Yerkes, P.A.
2468 Atlantic Boulevard
Jacksonville, FL   32207
US
(904) 396-3160
(904) 348-0921 (fax)
fisaac@fiy-attorneys.com

**Robert E. Johnston**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)
rjohnston@spriggs.com

**Thomas Q. Keefe, Jr.**
6 Executive Woods Court
Belleville, IL 62226
(618) 236-2221
(618) 236-2194
debbie@tqkeefe.com

**Clinton L. Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
(615) 822-7339 (fax)
kellykellyallman@comcast.net

**Fred Dulin Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
(615) 822-7339 (fax)
kellykellyallman@comcast.net


**James B. King**
Keefe, King & Bowman, P.S.

West 601 Main Avenue
Suite 1102
Spokane, WA 99201
(509) 624-8988
(509) 623-1380 (fax)
jking@kkbowman.com

**Dan E. LaBelle**
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855
(203) 227-6992 (fax)
labelle@halloran-sage.com

**Katharine R. Latimer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
klatimer@spriggs.com

**Roy Lenard Mason**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD  21401
(410) 269-6620
(410) 269-5452 (fax)
rmason@mch-law.com

**Stephen E. Matasich**
Day Ketterer, Ltd.
Millennium Center
200 Market Ave., N., Suite 300
P.O. Box 24213
Canton, OH  44701-4213
(330) 455-0173
(330) 455-2633 (fax)
sematasich@dayketterer.com

**Michael L. McCluggage**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
mccluggage@wildmanharrold.com

**Marilyn T. McGoldrick**
Thornton & Naumes, LLP
100 Summer St., 30th Floor
Boston, MA  02110
(617) 720-1333
(617) 720-2445 (fax)
mmcgoldrick@tenlaw.com

**Ronald E. McMillan**
Watkins & Eager
P.O. Box 650
400 E. Capitol Street, Ste. 300
Jackson, MS 39205
(601) 948-6470
rmcmillan@watkinseager.com

**Philip J. Miller**
Beatie & Osborne
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
pmiller@bandolaw.com

**Mildred M. Morris**
Watkins & Eager
P.O. Box 650
400 E. Capitol Street, Ste. 300
Jackson, MS 39205
(601) 948-6470
mmorris@watkinseager.com

**Melanie H. Muhlstock**
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
mmuhlstock@yourlawer.com

**Michael T. Mullen**
Paul B. Episcope, LLC
77 W. Washington Street
Suite 300
Chicago, IL 60602
(312) 782-6636
mtm@episcopeltd.com

**Nicholas S. Nassif**
3055 Wilshire blvd., Suite 900
Los Angeles, CA  90010
(213) 736-1899
nsnassif@pacbell.net

**Timothy M. O'Brien**
Levin, Papantonio, Thomas, Mitchell,
Echsner & Proctor, P.A.
316 S. Baylen St., Suite 600
P.O. Box 12308
Pensacola, FL  32502
(850) 435-7084
tobrien@levinlaw.com

**Sarah Olson**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
olson@wildmanharrold.com

**James A. O'Neal**
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (fax)
joneal@faegre.com

**Daniel A. Osborn**
Beatie & Osborn
521 Fifth Avenue, 34th Floor
New York NY 10175
(212) 888-9000
(212) 888-9664 (fax)
dosborn@bandolaw.com

**Mark N. Osborn**
Kemp Smith, LLP
221 N Kansas Street, Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
mosborn@kempsmith.com

**Peter G. Pappas**
Nexsen, Pruet, Adams & Kleemeier, PLLC
P.O. Box 3463
Greensboro, NC 27402
(336) 373-1600
(336) 273-5357 (fax)
ppappas@npaklaw.com

**Jerrold S. Parker**
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
jerry@yourlawyer.com

**Sarah Peterman**
Farella, Braun & Martel, L.L.P.
235 Montgomery St., 17th Floor
San Francisco, CA  94104
(415) 954-4400
(415) 954-4480 (fax)
speterman@fbm.com

**Heather A. Pigman**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
hpigman@spriggs.com

**Michael Pilarz**
Law Offices of Michael Pilarz
237 Main Street, Suite 650
Buffalo, NY  14203-2713
(716) 852-4351
(716) 852-6457 (fax)
law@pilarz.com

**Crymes G. Pittman**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
cgp@pgrwlaw.com

**Michael A. Pohl**
Law Office of Michael A. Pohl
11111 Katy Freeway
Suite 910
Houston, TX 77079
(713) 652-0100
(713) 650-0687 (fax)
pohlatty@aol.com

**Joseph E. Roberts, Jr.**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187) fax)
jer@pgrwlaw.com

**Thomas E. Rubbert**
Law Offices of Thomas E. Rubbert
790 E. Colorado Blvd., 9th Fl.
Pasadena, CA 91101
(626) 793-2773
rubbertlaw@aol.com

**Ronnie Alan Sabb**
Ronnie A. Sabb law Offices
P.O. Box 88
Kingstree, SC  29556
(843) 354-5349
(843) 355-3434 (fax)
sabblaw1@ftc-i.net

**Christopher A. Seeger**
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100
(973) 639-9393 (fax)
cseeger@seegerweiss.com

**Michael F. Seelie**
Michael E. Seelie, P.A.
2468 Atlantic Boulevard
Jacksonville, FL   32210
(904) 858-1895
(904)858-1898 (fax)
mseelie@comcast.net

**Edward M. Sledge, III**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
esledge@mcdowellknight.com

**Yanika C. Smith**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
ysmith@bakerdonelson.com

**Carl Lewis Solomon**
Gergel, Nickles & Solomon
P.O. Box 1866
Columbia, SC   29202-1866
(803) 779-8080
(803) 256-1816 (fax)
csolomon@gnslaw.com

**Gregory S. Spizer**
Anapol, Schwartz, Weiss, Cohan,
Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4578
(215) 875-7722 (fax)
gspizer@anapolschwartz.com

**Ethan D. Stein**
Gibbons, Del Deo, Dolan, Griffinger & Veccione
One Pennsylvania Plaza, 37th Floor
New York, NY   10119-3701
(212) 649-4700
(212) 333-5980 (fax)
estein@gibbonslaw.com

**Terence J. Sweeney**
Law Offices of Terence J. Sweeney
44 Fairmount Avenue
Chatham, NJ  07928
(908) 598-1960
(908) 598-1961 (fax)
sweeneylawfirm@optonline.net

**Robert O. Stripling**
Stripling, McMichael & Stripling, PA
102 Northwest Second Avenue
P.O. Box 1287
Gainesville, FL 32602
(352) 376-8888
(352) 376-4645 (fax)
lisa@sms-pa.com

**Ward S. Taggart**
Meredith, Chase & Taggart, LLC
109 S. Warren Street
Trenton, NJ  08608
(609) 599-9587
(609) 695-1967 (fax)
ward@mctlawyer.com

**Meghan M. Tans**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
(850) 435-7181
(850) 436-6181 (fax)
mtans@levinlaw.com

**Peter D. Tarpey**
Paul B. Episcope, LLC
77 W. Washington St., Suite 300
Chicago, IL 60602
(312) 782-6636
pdt@episcopeltd.com

**Linda Laurent Thomas**
Thomas & Wan, LLP
909B West Main
Houston, TX 77006
(713) 529-1177
(713) 529-1116 (fax)
lthomas@thomasandwan.com

**John O. Threadgill**
Threadgill Law Firm
9724 Kingston Pike, Suite 701
Knoxville, TN  37922
(865) 588-4100
(865) 588-4120
jthreadgill@threadgillfirm.com

**Windle Turley**
Law Offices of Windle Turley, P.C.

1000 Turley Law Center
6440 N. Central Expressway
Dallas, TX  75206
(214) 691-4025
Toll-free: 800-692-4025
(214) 361-5802 (fax)
windle@wturley.com

**Bart T. Valad**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820 (fax)
bvalad@valadlaw.com


**John Vecchione**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820
jvecchione@valadlaw.com

**Jenny M. Virden**
Chapman, Lewis & Swan
P.O. Box 2801
Madison, MS 39130
(601) 605-9081
jvirden@bellsouth.net

**Stephanie D. Wade**
Baker Botts, LLP
2001 Ross Ave., Suite 900
Dallas, TX  75201-2980
(214) 953-6500
(214) 953-6503 (fax)
stephanie.wade@bakerbotts.com

**John S. Wallach**
100 South Brentwood Blvd.
Suite 300
St. Louis, MO   63105-1635
(314) 241-2500
(314) 241-2215 (fax)
john@wallachwolff.com


**Michelle W. Wan**
Thomas & Wan, LLP
909B West Main
Houston, TX 77006
(713) 529-1177
(713) 529-1116 (fax)
mwan@thomasandwan.com

**Derrick K. Watson**
Farella, Braun & Martel, L.L.P.
235 Montgomery St., 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
dwatson@fbm.com

**John C. Weisensell**
Bernlohr & Wertz
301 Nantuck Building
23 S. Main Street
Akron, OH  44308
(330) 434-1000
(330) 434-1001 (fax)
jack@b-wlaw.com

**Roxanne M. Wilson**
Reed Smith LLP
355 S. Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
(213) 457-8080 (fax)
rwilson@reedsmith.com

**William P. Woods**
Woods & Woods, LLP
208 NW 4th Street
Evansville, IN 47708-1353
(812) 426-7205
(812) 426-7207 (fax)
bwoods@woodslawyers.com

**Alicia M. Wyler**
Day Ketterer, Ltd.
Millennium Center, Suite 300
200 Market Ave., North
P.O. Box 24213
Canton, OH  44701-4213
(330) 455-0173
(330) 455-2633 (fax)
amwyler@dayketterer.com

and by U.S. Mail, postage prepaid, to:

Kermit Morgan
3420 Ocean Park Blvd., Suite 3030
Santa Monica, CA  90405

_____/s/  Michael K. Radford___
Michael K. Radford

# EXHIBIT   A

## Table C.
### U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Periods Ending March 31, 2006 and 2007

| Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | Percent Change[1] | 2006 | 2007 | Percent Change[1] | 2006[2] | 2007 | Percent Change[1] |
| TOTAL | 244,068 | 278,272 | 14.0 | 281,220 | 254,850 | -9.4 | 245,930 | 269,352 | 9.5 |
| DC | 2,566 | 2,388 | -6.9 | 2,590 | 2,757 | 6.1 | 3,275 | 2,906 | -11.3 |
| 1ST | 6,139 | 5,739 | -6.5 | 6,539 | 5,958 | -8.9 | 7,087 | 6,868 | -3.1 |
| ME | 448 | 396 | -11.6 | 509 | 398 | -21.8 | 293 | 291 | -0.7 |
| MA | 3,213 | 3,064 | -4.6 | 3,316 | 3,230 | -2.6 | 3,859 | 3,693 | -4.3 |
| NH | 490 | 475 | -3.1 | 550 | 487 | -11.5 | 410 | 398 | -2.9 |
| RI | 580 | 538 | -7.2 | 540 | 568 | 5.2 | 813 | 763 | -6.2 |
| PR | 1,408 | 1,266 | -10.1 | 1,624 | 1,255 | -22.7 | 1,712 | 1,723 | 0.6 |
| 2ND | 22,422 | 27,879 | 24.3 | 22,080 | 21,999 | -0.4 | 32,103 | 37,983 | 18.3 |
| CT | 2,020 | 2,168 | 7.3 | 2,208 | 2,398 | 8.6 | 2,739 | 2,599 | -5.1 |
| NY,N | 1,687 | 1,532 | -9.2 | 1,511 | 1,574 | 4.2 | 2,715 | 2,673 | -1.5 |
| NY,E | 6,126 | 6,899 | 12.6 | 6,203 | 5,796 | -6.6 | 7,447 | 8,550 | 14.8 |
| NY,S | 10,520 | 15,476 | 47.1 | 10,156 | 10,235 | 0.8 | 16,171 | 21,412 | 32.4 |
| NY,W | 1,720 | 1,517 | -11.8 | 1,650 | 1,690 | 2.4 | 2,698 | 2,525 | -6.4 |
| VT | 349 | 287 | -17.8 | 348 | 306 | -12.1 | 333 | 314 | -5.7 |
| 3RD | 27,444 | 49,423 | 80.1 | 29,653 | 40,194 | 35.5 | 22,439 | 31,668 | 41.1 |
| DE | 1,067 | 862 | -19.2 | 1,367 | 932 | -31.8 | 1,410 | 1,340 | -5.0 |
| NJ | 6,103 | 6,582 | 7.8 | 6,478 | 6,609 | 2.0 | 5,818 | 5,791 | -0.5 |
| PA,E | 14,439 | 36,661 | 153.9 | 15,604 | 27,135 | 73.9 | 9,602 | 19,128 | 99.2 |
| PA,M | 2,819 | 2,526 | -10.4 | 2,957 | 2,535 | -14.3 | 2,035 | 2,026 | -0.4 |
| PA,W | 2,633 | 2,383 | -9.5 | 2,959 | 2,675 | -9.6 | 2,418 | 2,126 | -12.1 |
| VI | 383 | 409 | 6.8 | 288 | 308 | 6.9 | 1,156 | 1,257 | 8.7 |
| 4TH | 18,241 | 16,996 | -6.8 | 38,280 | 17,825 | -53.4 | 14,363 | 13,534 | -5.8 |
| MD | 3,532 | 3,508 | -0.7 | 3,652 | 3,528 | -3.4 | 2,944 | 2,924 | -0.7 |
| NC,E | 1,317 | 1,283 | -2.6 | 1,398 | 1,449 | 3.6 | 1,373 | 1,207 | -12.1 |
| NC,M | 1,201 | 1,073 | -10.7 | 1,277 | 1,106 | -13.4 | 1,011 | 978 | -3.3 |
| NC,W | 1,004 | 1,051 | 4.7 | 1,082 | 1,169 | 8.0 | 1,053 | 935 | -11.2 |
| SC | 3,768 | 3,636 | -3.0 | 23,072 | 3,866 | -83.2 | 3,183 | 2,973 | -6.6 |
| VA,E | 3,950 | 3,485 | -11.8 | 4,149 | 3,564 | -14.1 | 2,012 | 1,933 | -3.9 |
| VA,W | 1,382 | 1,235 | -10.6 | 1,498 | 1,268 | -15.4 | 791 | 758 | -4.2 |
| WV,N | 643 | 621 | -3.4 | 609 | 591 | -3.0 | 719 | 749 | 4.2 |
| WV,S | 1,444 | 1,084 | -24.9 | 1,543 | 1,284 | -16.8 | 1,277 | 1,077 | -15.7 |

## Table C. (March 31, 2007—Continued)

| Circuit | Filings 2006 | Filings 2007 | Filings Percent Change[1] | Terminations 2006 | Terminations 2007 | Terminations Percent Change[1] | Pending 2006[2] | Pending 2007 | Pending Percent Change[1] |
|---|---|---|---|---|---|---|---|---|---|
| 5TH | 34,622 | 36,166 | 4.5 | 31,296 | 29,851 | -4.6 | 36,697 | 43,012 | 17.2 |
| LA,E | 7,302 | 11,586 | 58.7 | 2,675 | 4,826 | 80.4 | 8,217 | 14,977 | 82.3 |
| LA,M | 1,504 | 1,001 | -33.4 | 1,510 | 1,075 | -28.8 | 8,778 | 8,704 | -0.8 |
| LA,W | 2,351 | 2,549 | 8.4 | 2,579 | 2,433 | -5.7 | 2,258 | 2,374 | 5.1 |
| MS,N | 1,182 | 942 | -20.3 | 1,170 | 1,160 | -0.9 | 1,493 | 1,275 | -14.6 |
| MS,S | 4,398 | 2,892 | -34.2 | 4,445 | 2,855 | -35.8 | 2,764 | 2,801 | 1.3 |
| TX,N | 4,577 | 4,487 | -2.0 | 4,761 | 4,677 | -1.8 | 3,413 | 3,223 | -5.6 |
| TX,E | 2,971 | 3,034 | 2.1 | 3,072 | 2,850 | -7.2 | 2,422 | 2,606 | 7.6 |
| TX,S | 6,912 | 6,437 | -6.9 | 7,424 | 6,755 | -9.0 | 4,871 | 4,553 | -6.5 |
| TX,W | 3,425 | 3,238 | -5.5 | 3,660 | 3,220 | -12.0 | 2,481 | 2,499 | 0.7 |
| 6TH | 22,556 | 21,031 | -6.8 | 37,672 | 23,283 | -38.2 | 24,418 | 22,156 | -9.2 |
| KY,E | 2,188 | 1,722 | -21.3 | 2,327 | 1,962 | -15.7 | 1,644 | 1,404 | -14.6 |
| KY,W | 1,510 | 1,308 | -13.4 | 1,506 | 1,332 | -11.6 | 1,387 | 1,363 | -1.7 |
| MI,E | 5,642 | 5,853 | 3.7 | 20,101 | 5,195 | -74.2 | 5,041 | 5,699 | 13.1 |
| MI,W | 1,537 | 1,621 | 5.5 | 1,561 | 1,481 | -5.1 | 1,219 | 1,359 | 11.5 |
| OH,N | 5,176 | 4,061 | -21.5 | 4,805 | 6,895 | 43.5 | 7,988 | 5,154 | -35.5 |
| OH,S | 2,402 | 2,557 | 6.5 | 2,753 | 2,551 | -7.3 | 2,873 | 2,879 | 0.2 |
| TN,E | 1,334 | 1,156 | -13.3 | 1,661 | 1,274 | -23.3 | 1,492 | 1,374 | -7.9 |
| TN,M | 1,446 | 1,527 | 5.6 | 1,646 | 1,308 | -20.5 | 1,223 | 1,442 | 17.9 |
| TN,W | 1,321 | 1,226 | -7.2 | 1,312 | 1,285 | -2.1 | 1,551 | 1,492 | -3.8 |
| 7TH | 16,811 | 15,876 | -5.6 | 17,044 | 16,207 | -4.9 | 14,746 | 14,415 | -2.2 |
| IL,N | 7,608 | 7,524 | -1.1 | 7,739 | 7,209 | -6.8 | 6,667 | 6,982 | 4.7 |
| IL,C | 1,076 | 988 | -8.2 | 1,093 | 1,013 | -7.3 | 969 | 944 | -2.6 |
| IL,S | 1,254 | 1,093 | -12.8 | 1,185 | 1,244 | 5.0 | 1,312 | 1,161 | -11.5 |
| IN,N | 1,885 | 1,742 | -7.6 | 1,941 | 1,905 | -1.9 | 1,649 | 1,486 | -9.9 |
| IN,S | 2,802 | 2,430 | -13.3 | 2,938 | 2,627 | -10.6 | 2,486 | 2,289 | -7.9 |
| WI,E | 1,428 | 1,302 | -8.8 | 1,358 | 1,460 | 7.5 | 1,417 | 1,259 | -11.2 |
| WI,W | 758 | 797 | 5.1 | 790 | 749 | -5.2 | 246 | 294 | 19.5 |
| 8TH | 15,982 | 16,565 | 3.6 | 16,189 | 18,094 | 11.8 | 18,455 | 16,926 | -8.3 |
| AR,E | 2,954 | 2,525 | -14.5 | 2,508 | 1,876 | -25.2 | 3,997 | 4,646 | 16.2 |
| AR,W | 753 | 875 | 16.2 | 931 | 875 | -6.0 | 668 | 668 | 0.0 |
| IA,N | 569 | 559 | -1.8 | 598 | 628 | 5.0 | 572 | 503 | -12.1 |
| IA,S | 868 | 825 | -5.0 | 1,001 | 833 | -16.8 | 811 | 803 | -1.0 |
| MN | 3,676 | 5,724 | 55.7 | 4,122 | 7,257 | 76.1 | 6,845 | 5,312 | -22.4 |
| MO,E | 2,810 | 2,262 | -19.5 | 2,598 | 2,397 | -7.7 | 2,175 | 2,040 | -6.2 |
| MO,W | 2,597 | 2,172 | -16.4 | 2,682 | 2,390 | -10.9 | 1,841 | 1,623 | -11.8 |
| NE | 1,109 | 950 | -14.3 | 990 | 1,200 | 21.2 | 924 | 674 | -27.1 |
| ND | 230 | 221 | -3.9 | 239 | 238 | -0.4 | 242 | 225 | -7.0 |
| SD | 416 | 452 | 8.7 | 460 | 400 | -13.0 | 380 | 432 | 13.7 |

## Table C. (March 31, 2007—Continued)

| Circuit | | Filings 2006 | Filings 2007 | Percent Change¹ | Terminations 2006 | Terminations 2007 | Percent Change¹ | Pending 2006² | Pending 2007 | Percent Change² |
|---|---|---|---|---|---|---|---|---|---|---|
| 9TH | | 41,030 | 41,105 | 0.2 | 40,977 | 40,967 | -0.3 | 41,313 | 41,551 | 0.5 |
| | AK | 367 | 347 | -5.4 | 338 | 376 | 11.2 | 428 | 399 | -6.8 |
| | AZ | 5,006 | 3,616 | -27.8 | 4,343 | 5,163 | 18.9 | 4,962 | 3,415 | -31.2 |
| | CA,N | 6,624 | 7,680 | 15.9 | 5,997 | 6,285 | 4.5 | 6,679 | 8,094 | 21.2 |
| | CA,E | 4,197 | 4,840 | 15.3 | 3,897 | 4,282 | 9.9 | 5,682 | 6,240 | 9.8 |
| | CA,C | 11,585 | 11,590 | 0.0 | 12,530 | 11,455 | -8.6 | 10,700 | 10,835 | 1.3 |
| | CA,S | 2,646 | 2,898 | 9.5 | 2,668 | 2,755 | 3.3 | 1,997 | 2,140 | 7.2 |
| | HI | 785 | 690 | -12.1 | 767 | 708 | -7.7 | 772 | 754 | -2.3 |
| | ID | 567 | 545 | -3.9 | 582 | 571 | -1.9 | 677 | 651 | -3.8 |
| | MT | 630 | 640 | 1.6 | 591 | 757 | 28.1 | 875 | 758 | -13.4 |
| | NV | 2,232 | 2,332 | 4.5 | 2,149 | 2,062 | -4.0 | 2,470 | 2,740 | 10.9 |
| | OR | 2,572 | 2,452 | -4.7 | 2,611 | 2,427 | -7.0 | 2,383 | 2,408 | 1.0 |
| | WA,E | 736 | 602 | -18.2 | 777 | 675 | -13.1 | 589 | 516 | -12.4 |
| | WA,W | 2,997 | 2,782 | -7.2 | 3,613 | 3,303 | -8.5 | 3,001 | 2,480 | -17.4 |
| | GUAM | 39 | 38 | -2.6 | 80 | 39 | -51.3 | 40 | 39 | -2.5 |
| | NMI | 47 | 53 | 12.8 | 34 | 29 | -14.7 | 58 | 82 | 41.4 |
| 10TH | | 10,089 | 9,976 | -1.1 | 10,812 | 10,518 | -2.7 | 9,303 | 8,761 | -5.8 |
| | CO | 2,766 | 2,746 | -0.7 | 2,887 | 2,865 | -0.8 | 2,160 | 2,041 | -5.5 |
| | KS | 1,537 | 1,541 | 0.3 | 1,598 | 1,603 | 0.3 | 1,476 | 1,414 | -4.2 |
| | NM | 1,300 | 1,431 | 10.1 | 1,439 | 1,366 | -5.1 | 1,375 | 1,440 | 4.7 |
| | OK,N | 779 | 734 | -5.8 | 929 | 808 | -13.0 | 896 | 812 | -9.4 |
| | OK,E | 541 | 547 | 1.1 | 567 | 590 | 4.1 | 503 | 460 | -8.5 |
| | OK,W | 1,576 | 1,522 | -3.4 | 1,713 | 1,613 | -5.8 | 1,159 | 1,068 | -7.9 |
| | UT | 1,275 | 1,165 | -8.6 | 1,346 | 1,329 | -1.3 | 1,300 | 1,216 | -6.5 |
| | WY | 315 | 290 | -7.9 | 333 | 344 | 3.3 | 364 | 310 | -14.8 |
| 11TH | | 26,166 | 35,128 | 34.3 | 28,080 | 27,297 | -2.8 | 21,731 | 29,562 | 36.0 |
| | AL,N | 2,766 | 4,964 | 80.2 | 3,578 | 3,678 | 2.8 | 2,577 | 3,883 | 50.7 |
| | AL,M | 1,274 | 1,180 | -7.4 | 1,244 | 1,296 | 4.2 | 1,259 | 1,143 | -9.2 |
| | AL,S | 772 | 939 | 21.6 | 828 | 828 | 0.0 | 705 | 816 | 15.7 |
| | FL,N | 1,438 | 1,847 | 9.9 | 1,540 | 1,583 | 2.8 | 1,262 | 1,326 | 5.1 |
| | FL,M | 6,692 | 13,489 | 101.6 | 6,796 | 6,429 | -5.4 | 5,224 | 12,286 | 135.1 |
| | FL,S | 6,829 | 7,052 | 3.4 | 7,528 | 7,277 | -3.3 | 5,710 | 5,495 | -3.8 |
| | GA,N | 3,984 | 3,614 | -9.3 | 4,615 | 4,009 | -13.1 | 3,050 | 2,655 | -13.0 |
| | GA,M | 1,194 | 1,131 | -5.3 | 1,168 | 1,089 | -6.8 | 1,057 | 1,099 | -1.0 |
| | GA,S | 1,157 | 1,082 | -6.5 | 1,225 | 1,108 | -9.6 | 887 | 861 | -2.9 |

NOTE: PENDING CASES EXCLUDE ASBESTOS CASES TRANSFERRED TO PA,E UNDER ORDER 875 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.
¹PERCENT CHANGE NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED FOR THE PREVIOUS PERIOD.
²REVISED.