IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AREDIA and ZOMETA PRODUCTS | ) | No. 3:06-md-01760 |
| LIABILITY LITIGATION | ) | Judge Campbell |
| | ) | Magistrate Judge Brown |
| This Document Relates to all Cases. | ) | |
| | ) | |

**MOTION TO AMEND CASE MANAGEMENT ORDER (DE.89)
AND FOR OTHER RELIEF**

The Plaintiffs' Steering Committee ("PSC") moves the Court to amend the Case Management Order (DE. 89) and for other relief as follows:

**I.    BACKGROUND:**

On July 31, 2006, the Court entered a Case Management Order ("CMO")(DE. 89). At the time the CMO was entered there were claims pending for a personal injury class action, a dental monitoring class action and individual personal injury claims. As such, the Court established separate schedules for the Class Certification Phase and the Merits Phase of the case.

**II.    CLASS CERTIFICATION PHASE:**

**A.    Plaintiffs' Experts.**

The CMO provided that Plaintiffs' affidavits (lay or expert witnesses) and expert reports were due on February 2, 2007 (DE. 89, page 38, paragraph 6). On the joint motion of the parties, that deadline was extended to February 19, 2007 (DE. 123). Plaintiffs affidavits and expert reports were served on Novartis Pharmaceuticals Corporation ("NPC") on February 19, 2007.

**B.**      **Fact Discovery.**

The CMO provided that all fact discovery related to class certification was to be completed by January 16, 2007 (DE. 89 page 38, paragraph 8).  On the joint motion of the parties, that deadline was extended to February 16, 2007 (DE. 123, page 2, paragraph 8).  At the request of NPC, the deadline was again extended to April 30, 2007 (DE. 364, pages 1 and 2).  On the joint motion of the parties, the fact discovery deadline was extended a final time to July 11, 2007 (DE. 422, page 1, paragraph 8).

**C.**      **Defendant's Experts.**

The CMO provided that Defendant's affidavits (lay or expert witnesses) and expert reports were due on March 9, 2007 (DE. 89, page 38, paragraph 9).  On the joint motion of the parties, the deadline was extended to April 9, 2007 (DE. 123, page 2, paragraph 11).  On the motion of NPC, this deadline was again extended to April 16, 2007, for affidavits or reports which did not rely upon the medical records of a specific patient and to May 18, 2007, for any affidavits or reports which did rely upon the medical records of a specific patient (DE. 364, page 2).  On the joint motion of the parties, NPC's expert deadline was extended a final time until July 11, 2007 (DE. 364, page 2).

**D.**      **Expert Discovery.**

The CMO provided that all expert discovery would be completed by May 4, 2007 (DE. 89, page 38, paragraph 11).  On the joint motion of the parties, the deadline was extended to June 4, 2007 (DE. 123, page 2, paragraph 11) and later to August 15, 2007 (DE. 422, page 1, paragraph 11.)

**E.**      **Filing of Class Certification Papers.**

The CMO provided that Plaintiffs' class certification papers were to be filed by June 1, 2007. The Defendant's opposition papers were due on June 22, 2007  (DE. 89, pages 38 and 39, paragraphs

12 and 13).

On the joint motion of the parties, the deadlines were extended to provide that Plaintiffs'
papers were due on July 2, 2007 and Defendants' papers were due on July 23, 2007 (DE. 123, pages
2 and 3, paragraphs 12 and 13). The deadlines were again amended on the joint motion of the parties
to provide that Plaintiffs' papers were due August 24, 2007, Defendant's papers were due September
14, 2007 and any rebuttal papers were due September 21, 2007 (DE. 422, page 2, paragraphs 12, 13,
14). On the motion of the Plaintiffs', a final extension was granted and Plaintiffs' papers were due
August 27, 2007, the Defendant's papers were due September 17, 2007 and any rebuttal papers were
due September 24, 2007 (DE. 574).

> **F.      Class Certification Hearing**.

The hearing was originally set for July 23, 2007 (DE. 92). Due to the extensions discussed
above, the hearing was rescheduled for October 5, 2007 (DE. 443).

**III.    MERITS PHASE:**

> **A.      Introduction.**

As set forth above, the parties are at least 75 days behind the original schedule established
by the Court. That said, the PSC believes that good progress has been made toward the resolution
of these cases, considering the nature of the litigation and some of the issues which have arisen to
this point.

The introductory paragraph of Merits Phase section of the CMO states that merits-based fact
discovery may begin on July 2, 2007 in case numbers 3:05-cv-0716 (*Wood*), 3:05-cv-0718
(*Anderson)*, 3:05-cv-0719 (*Becker*) and other designated test cases (DE. 89 at page 39). The test
cases were designated by the parties in DE. 109 and DE. 110. Thereafter, the Court collectively

referred to these Plaintiffs as "Wave One Plaintiffs" (DE. 123, paragraph 3).

The Court set *Wood* for trial on September 16, 2008 (DE. 72), *Anderson* on November 4, 2008 (DE. 69) and *Becker* on January 6, 2009 (DE. 70).  On November 14, 2007, the claimants in *Wood*, *Anderson* and *Becker* were severed into separate actions and after the filing of amended complaints on December 10, 2007, they were assigned new case numbers (DE. 785).

Following the severance of the claimants in *Wood*, *Anderson* and *Becker*, the Court directed the parties to select cases for trial.  The parties were unable to reach an agreement so the Court directed each side to submit a list of proposed trial cases by December 27, 2007 (DE. 944).  On January 17, 2008, the Court entered an Order setting the *Anderson* case (3:07cv1184)  for trial on November 4, 2008 (DE. 2) and the *Melau* case (3:07cv1198) for trial on January 6, 2009 (DE. 2).

During the course of discovery in the class certification phase it became clear that some plaintiffs had potentially received a generic form of Aredia (pamidronate).  In view of this, the parties negotiated a protocol to deal with this issue and presented it to the Court for approval.  On January 14, 2008, the Court entered the Agreed Order Amending Case Management Order as to Certain Cases Involving Alleged Aredia Exposure (DE. 1066).  This amendment to the CMO extended the deadline for the completion of fact discovery in the cases covered by the amendment from March 14, 2008 until July 1, 2008 and in some cases until September 1, 2008 (DE. 1066, paragraphs 2 and 7).

The existing CMO provided that in "Wave I Cases", motions to amend the pleadings or add parties should be filed by January 4, 2008 (DE. 89, page 39, paragraph 1).  To the extent any case is subject to the Aredia order discussed above (DE. 1066) that deadline has been extended to May 9, 2008.  The existing CMO  also provided that briefing on venue issues should be completed by

January 7, 2008 (DE. 89, page 39, paragraph 2).  On the unopposed motion of the PSC, that deadline was extended to January 14, 2008 (DE. 1042).

   The CMO further provided that:

>      3.      Should any individual action(s) be tried in this Court, the individual action(s) shall proceed on separate tracks so as to stagger trial and other key dates. Separate scheduling orders will be entered in each case after consideration of this Court's docket.  Parties can expect the first case to proceed on the following schedule, with deadlines in the remaining cases to be staggered.

(DE. 89, page 39, paragraph 3).

   Consistent with this provision of the CMO, the PSC in this Motion will first address the deadlines in the *Anderson* case, which is the first case to proceed to trial, and then separately discuss deadlines for the *Melau* case.  None of extensions proposed by the PSC in this motion will affect the trial date or related dates in the Order setting *Anderson* or *Melau* for trial.  The PSC will also address the need for the selection and scheduling of additional bell-weather trials and the need to establish a comprehensive plan for the remand of other cases for trial.

   **B.      The Anderson Case.**

   **1.      Plaintiff's Expert Disclosures:**

   According to the CMO, Plaintiff's expert disclosures are due on February 8, 2008 (DE. 89, pages 39-40, paragraph 4).  As set forth above, *Anderson* was not set for trial until January 17, 2008 at which time the Court entered an Order setting the case for trial on November 4, 2008 (DE. 2). This left the PSC only 22 days to obtain and serve its expert disclosures.  In addition, as discussed above, the extensions in the class certification phase of this litigation have also resulted in some delay in conducting merits phase discovery.  Finally, this trial date is 57 days later than the trial date contemplated by the CMO (September 8, 2008 *versus* November 4, 2008).

-5-

For all of the reasons cited above, the Court should extend the deadline for Plaintiff's expert disclosures to May 5, 2008. In addition, NPC should be granted a similar extension, until June 13, 2008, within which to serve its expert disclosures.

### 2.     Completion of Fact Discovery:

Under the present CMO, fact discovery must be completed in this case by March 14, 2008 (DE. 89, page 40, paragraph 6). As an initial matter, this deadline does not make sense as Plaintiff's expert disclosures are currently due on February 8, 2008. The PSC believes that the fact discovery in this case should be completed prior to the due date of Plaintiff's expert disclosures. For this reason and for the reasons cited in the preceding section, the PSC submits that fact discovery in this case should be extended until April 30, 2008.

### 3.     Filing of Discovery Motions Related to Merits Discovery:

The CMO currently requires that such motions be filed by April 4, 2008 (DE. 89, page 40, paragraph 8). Consistent with the proposals previously made in this motion, the PSC submits that this deadline should be extended until May 21, 2008.

### 4.     Completion of Expert Discovery:

At present, the parties are required to complete expert discovery in this case by April 25, 2008 (DE. 89, page 40, paragraph 10). Consistent with the proposals previously made in this motion, the PSC submits that this date should be extended until September 5, 2008.

### 5.     Filing of Motions for Summary Judgment:

Currently, motions for summary judgment must be filed by May 16, 2008 (DE. 89, page 40, paragraph 11). Consistent with the proposals previously made in this motion, the PSC submits that this date should be extended until September 22, 2008.

6.      **Objections to Documents Designated as Confidential.**

While this is not directly at issue under the CMO (DE.89), it is at issue because of the Protective and Confidentiality Order (DE. 100).  That Order provides that such objections must be made not later than 30 days prior to the close of merits discovery (DE. 100, page 8, paragraph 11).  Under the proposed *Anderson* order this deadline would be March 31, 2008.  This does not take into account the ongoing "rolling production" by NPC in this litigation.  The Court should hold a conference to explore possible solutions to this issue.

C.      **The Melau case.**

Under the terms of the CMO (DE. 89), there is no scheduling order in place for this case.  The *Melau* trial is scheduled to begin on January 6, 2009.  This is approximately 60 days after the start of the *Anderson* trial.  For this reason, the PSC submits that the scheduling order should track the order to be entered in *Anderson*, except that the deadlines should be extended for 60 days, *e.g.*, Plaintiff's expert disclosures would be due on July 5, 2008.

IV.     **DESIGNATED TEST CASES:**

The Court has previously identified test cases in the CMO (DE. 89, page 39) and which were designated by the parties pursuant to Court order (DE. 109, 110).  At present there are no trial dates or deadlines set in these test cases.  The PSC submits that the Court should hold a conference with the parties to select additional bell-weather trials to follow *Anderson* and *Melau*, and to establish scheduling deadlines in those cases.

V.      **ESTABLISH A PLAN FOR REMAND OF CASES FOR TRIAL:**

The PSC believes that following the bell-weather trials in *Anderson* and *Melau*, the Court should consider remanding cases originally filed in other venues to their original venue for trial.  In

order to reach the issue of remand for trial, it will be necessary for the Court to establish and implement a plan for the completion of fact discovery, designation of case-specific experts and the resolution of related issues. The PSC submits that the Court should hold a conference with the parties to identify areas of agreement and disagreement on these issues in order to move this process forward.

## VI.    REQUEST FOR RELIEF:

a.    Amend the scheduling deadlines in the *Anderson* case as set forth in Section III, subsection B of this motion;

b.    Enter a scheduling order in the *Melau* case as set forth in Section III, subsection C of this motion;

c.    Hold a conference with the parties as requested in Section IV of this motion, select and schedule additional bell-weather cases for trial, and enter a scheduling order for such cases;

d.    Hold a conference with the parties as requested in Section V of this motion, establish a plan for the remand of cases for trial, and implement the plan; and

e.    Grant such other relief as may be proper.

Respectfully submitted,

s/Robert G. Germany
ROBERT G. GERMANY, MSB #4800
PITTMAN, GERMANY, ROBERTS
 & WELSH, L.L.P.
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: 601-948-6200
Facsimile: 601-948-6187

And

-8-

F. DULIN KELLY, TNB #04085
CLINTON L. KELLY, TNB #16171
ANDY L. ALLMAN, TNB #17857
KELLY, KELLY & ALLMAN
629 East Main Street
Hendersonville, TN 37075
Telephone: 615-824-3703
Facsimile: 615-822-7339

And

C. PATRICK FLYNN, TNB #2718
MICHAEL K. RADFORD, TNB #12763
FLYNN and RADFORD ATTORNEYS, P.C.
Seven Springs I, Suite 150
320 Seven Springs Way
Brentwood, TN 37207
Telephone: 615-370-9448
Facsimile: 615-370-9313

ON BEHALF OF THE PLAINTIFFS'
 STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of February, 2008 served a true and correct copy of the foregoing pleading by operation of the Court's Electronic Case Filing System to counsel of record in this case, including:

**Andy L. Allman**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
kellykellyallman@comcast.net

**Mary F. April**
The Coates Law firm
12012 S Shore Boulevard Suite 107
Wellington, FL 33414
(561) 333-4911
(561) 333-4988 (fax)
mapril@coateslawfirm.com

**Earl B. Austin**
Baker Botts, LLP
2001 Ross Ave., Suite 900
Dallas, TX 75201-2980
(214) 953-6500
(214) 953-6503 (fax)
earl.austin@bakerbotts.com

**Catherine R. Baumer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
cbaumer@spriggs.com

**Russel H. Beatie**
Beatie & Osborn, LLP
521 Fifth Ave., Suite 3400
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
bhunter@bandolaw.com

**Richard C. Bennett**
Bennett, Johnson & Galler
1901 Harrison St., 16th Floor
Oakland, CA 94612
(510) 444-5020
(510) 835-4260 (fax)
richardb@bjglawyers.com

**Bradford Berge**
Holland & Hart, LLP
110 N. Guadalupe Suite 1
P.O. Box 2208
Santa Fe, NM 87504-2208
(505) 988-4421
Fax: (505) 983-6043
bberge@hollandhart.com

**Adam J. Berger**
Schroeter, Goldmark & Bender
810 Third Avenue Suite 500
Seattle, WA 98104
(206) 622-8000
(206) 682-23005 (fax)
berger@sgb-law.com

-10-

**Turner W. Branch**
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104
(505) 243-3501
Fax: (505) 243-3534
tbranch@branchlawfirm.com

**Robert W. Briley**
Briley Law Group, PLLC
511 Union Street, Suite
1610 Nashville, TN 37219
(675) 986-2684
rob@brileylaw.com

**Eugene C. Brooks, IV**
Brooks Law Firm
P.O. Box 9545
Savannah, GA 31412-9545
(912) 233-9696
(912) 232-8690
gbrooks@brooks-law.com

**James A. Bruen**
Farella, Braun & Martel, L.L.P.
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
jbruen@fbm.com

**Eric J. Buhr**
Reed Smith, LLP
355 S. Grand Avenue Suite 2900
Los Angeles, CA 90071-1514

**Michael Campbell**
Holland & Hart, LLP
110 N. Guadalupe, Suite I
P.O. Box 2208
Santa Fe, NM 87504-2208
(505) 988-4421
(505) 983-6043 (fax)
mcampbcll@hollandhart.com

**Andrew J. Carboy**
Sullivan, Papain, Block, McGrath &
    Cannavo
120 Broadway, 18th Floor
New York, NY 10271
(212) 732-9000
(212) 266-4141 (fax)
acarboy@triallaw1.com

**Myers Carroll Cayer**
Terrell, Hogan
233 E. Bay Street, Suite 800
Jacksonville, FL 32202-3451
(904) 632-2424
(904) 632-0549 (fax)
cayer@terrellhogan.com

**Howard K. Coates, Jr.**
The Coates Law Firm
12012 S Shore Boulevard, Suite 107
Wellington, FL 33414
(561) 333-4911
(561) 333-4988 (fax)
hcoates@coateslawfirn.com

Andrew L. Colocotronis
Baker, Donelson, Beannan, Caldwell &
     Berkowitz, P.C.
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
aolocotronis@bakerdonelson.com

**Jim C. Curtis**
Kemp Smith, LLP
221 N. Kansas St., Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
jcurtis@kempsmith.com

**Vicente de la Cruz**
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104
(505) 243-3500
Fax: (505) 243-8319
vdelacruz@branchlawfirm.com

**Jeffrey A. Dickey**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5853
(202) 602-1639 (fax)
jdickey@spriggs.com

**Penelope A. Dixon**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd, Suite 1000
Tampa, FL 33601-3239
(813) 223-7000
(813) 229-4133 (fax)
pdixon@carltonfields.com

Brian J. Connelly
Gould, Cooksey, Fennell, Barkett,
     O'Neill & Marine
979 Beachland Boulevard
Vero Beach, FL 32963-1688
(865) 549-7000
(772) 231-2020 (fax)

**Paul Anthony Daniels**
Teague, Rotenstreich & Stanaland
P.O. Box 1898
Greensboro, NC 27402-1898
(336)272-4810
Fax: (336)272-2448
pad@trslaw.com

**Annesley H. Degaris**
Cory, Watson, Crowder & Degaris, P.C.
2131 Magnolia Ave.
Birmingham, AL, 35205
(205) 328-2200
(205) 324-7896(fax)
adegaris@cwcd.com

**Pamela J. Diedrich**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD 21401
(410) 269-6620
(410) 269-5452 (fax)
pjd@mkc-law.com

**James W. Dodson**
Law Offices of James W. Dodson
1259 Myrtle Avenue South
Clearwater, FL 33756
(727) 446-0840
(727) 446-0850
jim@jwdodsonlaw.com

**Scott Eldredge**
Burg, Simpson, Eldredge, Hersh &
    Jardine, P.C.
40 Inverness Drive, East
Englewood, CO 80112
(303)792-5595
(303)708-0527 (fax)
seldredge@burgsimpson.com

**Deirdre C. Gallagher**
Spencer, Fane, Britt & Browne, LLP
One North Brentwood Blvd Suite 1000
Clayton, MO 63105-3925
(314) 863-7733
(314) 862-4656
Tampa, FL 33601-3239
dgallagher@spencerfane.com

**Robert G. Germany**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
rgg@pgrwlaw.com

**David R. Gronbach**
Moynahan & Minnella, LLC
141 T. Main Street
Waterbury, CT 06722
(203) 573-1411
(203) 757-9313 (fax)
dgronbach@moynnahannlawfirm.com

**Thomas W. Hayde, Jr.**
Spencer, Fane, Britt & Browne, LLP
One North Brentwood Blvd, Suite 1000
Clayton, MO 63105-3925
(314) 863-7733
(314) 862-4656
thayde@spencerfane.com

**Donald W. Fowler**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
dfowler@spriggs.com

**Edward W. Gerecke**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd., Ste. 1000
(813) 223-7000
(813) 229-4133 (fax)
egerecke@carltonfields.com

**Alvin M. Gomez**
Gomez Law Group
8910 University Center Lane, Suite 550
San Diego, CA 92122
(858) 552-0000
(858) 552-8505 (fax)
agomez@thegomezlawgroup.com

**Peter H. Gunst**
Astrachan, Gunst & Thomas, P.C.
217 E. Redwood Street, Suite 2100
Baltimore, MD 21202
(410) 783-3550
(410) 783-3530
pgunst@agtalawyers.com

**Frederick G. Helmsing, Jr.**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
(251) 432-5302 (fax)
fhelmsing@mcdowellknight.com

**Joe G. Hollingsworth**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
jhollingsworth@spriggs.com

**Robert E. Johnston**
Spriggs & Hollingsworth
1350 1 Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
rjohnston@spriggs.com

**Clinton L. Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
kellykellyallman@comcast.net

**James B. King**
Keefe, King & Bowman, P.S.
West 601 Main Avenue, Suite 1102
Spokane, WA 99201
(509) 624-8988
(509) 623-1380
jking@kkbowman.com

**Katharine R. Latimer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
klatimer@spriggs.com

**Fred Cromwell Isaac**
Foerster, Isaac & Yeikes, P.A.
2468 Atlantic Boulevard
Jacksonville, FL 32207
US
(904) 396-3160
(904) 348-0927 (fax)
fisaac@fly-attorneys.com

**Thomas Q. Keefe, Jr.**
6 Executive Woods Court
Belleville, IL 62226
(618) 236-2221
(618) 236-2194
debbie@tqkeefe.com

**Fred Dulin Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
kellykellyallman@comcast.net

**Dan E. LaBelle**
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
(203) 22'7-2855
(203) 227-6992 (fax)
labelle@halloran-sage.com

**Dara Lovitz**
Anapol, Schwartz, Weiss, Cohan,
    Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4577
dlovitz@anapolschwartz.com

-14-

**Roy Lenard Mason**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD 21401
(410) 269-6620
(410) 269-5452 (fax)
rmason@mkc-law.com

**Stephen E. Matasich**
Day Ketterer, Ltd.
Millennium Center
200 Market Ave., N., Suite 300
P.O. Box 24213
Canton, OH 44701-4213
(330) 455-0173
(330) 455-2633 (fax)
sematasich@dayketterer.com

**Michael L. McCluggage**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
mccluggage@wildmanharrold.com

**Ronald E. McMillan**
Watkins & Eager
P. O. Box 650
400 E. Capitol Street, Ste. 300
Jackson, MS 39205
(601) 948-6470
rmcmillan@watkinseager.com

**Philip J. Miller**
Beatie & Osborne
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
pmiller@bandolaw.com

**Mildred M. Morris**
Watkins & Eager
P. O. Box 650
400 E. Capitol Street, Ste. 300
Jackson, MS 39205
(601) 948-6470
mmorris@watkinseager.com

**Melanie II. Muhlstock**
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
mmuhlstock@yourlawyer.com

**Michael T. Mullen**
Paul B. Episcope, LLC
77 W. Washington Street, Suite 300
Chicago, IL 60602
(312) 782-6636
mtm@episcopeltd.com

**Ncholas S. Nassif**
3055 Wilshire Blvd., Ste. 900
Los Angeles, CA 90010
(213) 736-1899
nsnassif@pacbell.net

**Sarah Olson**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
olson@wildmanharrold.com

**Daniel A. Osborn**
Beatie & Osborn
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
dosborn@bandolaw.com

**Mark N. Osborn**
Kemp Smith, LLP
221 N Kansas Street, Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
mosborn@kempsmith.com

**Peter G. Pappas**
Nexsen, Pruet, Adams & Kleezneier, PLLC
P.O. Box 3463
Greensboro, NC 2.7402
(336) 373-1600
(336) 273-5357 (fax)
ppappas@npaklaw.com

**Jerrold S. Parker**
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
jerry@yourlawyer.com

**Heather A. Pigman**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
hpigman@spriggs.com

**Michael Pilarz**
Law Offices of Michael Pilarz
237 Main Street, Suite 650
Buffalo, NY 14203-2713
(716) 852-4351
(716) 852-6457 (fax)
law@pilarz.com

**Crymes G. Pittman**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
cgp@pgrwlaw.com

**Michael A. Pohl**
Law Office of Michael A. Pohl
11111 Katy Freeway, Suite 910
Houston, TX 77079
(713) 652-0100
(713) 650-0687 (fax)
pohlatty@aol.com

**Joseph E. Roberts, Jr.**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
jer@pgrwlaw.com

**Thomas E. Rubbert**
Law Offices of Thomas E. Rubbert
790 E. Colorado Blvd., 9th Fl.
Pasadena, CA 91101
(626) 793-2773
rubbertlaw@,aol.com

**Christopher A. Seeger**
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100
(973) 639-9393 (fax)
eseeger@seegerweiss.com

**Michael F. Seelie**
Michael E. Seelie, P.A.
2468 Atlantic Boulevard
Jacksonville, FL 32210
(904) 858-1895
(904)858-1898 (fax)
mseelie@comcast.net

**Yanika C. Smith**
Baker, Donelson, Bearman, Caldwell
  & Berkowitz, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
ysmith@bakerdonelson.com

**Ethan D. Stein**
Gibbons, Del Deo, Dolan, Griffinger
  & Veccione
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
(212) 649-4700
(212) 333-5980 (fax)
estein@gibbonslaw.com

**Peter D. Tarpey**
Paul B. Episcope, LLC
77 W. Washington St., Suite 300
Chicago, IL 60602
(312) 782-6636
pdt@episcopeltd.com

**Edward M. Sledge, III**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
esledge@mcdowellknight.com

**Gregory S. Spizer**
Anapol, Schwartz, Weiss, Cohan,
  Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4578
(215) 875-7722 (fax)
gspizer@anapolscbwartz.com

**Lewis T. Stoneburner**
Cantor Arkema, P.C.
Bank of America Center
1111 E. Main Street
P.O. Box 561
Richmond, VA 23218-0561
(804) 644-1400
lstoneburner@cantorarkema.com

**Linda Laurent Thomas**
Thomas & Wan, LLP
909B Est Main
Houston, TX 77006
(713) 529-1177
(713) 529-1116 (fax)
1thomas@thomasandwan.com

**John O. Threadgill**
Threadgill Law Firm
9724 Kingston Pike, Suite 701
Knoxville, TN 37922
(865) 588-4100
(865) 588-4120
jthreadgill@threadgillfirm.com


**Bart T. Valad**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820 (fax)
bvalad@valadlaw.com

**Jenny M. Virden**
Chapman, Lewis & Swan
P. O. Box 2801
Madison, MS 39130
(601) 605-9081
jvirden@bellsouth.net


**John S. Wallach**
100 South Brentwood Blvd. Suite 300
St. Louis, MO 63105-1635
(314) 241-2500
(314) 241-2215 (fax)
john@wallachwolff.com


**Wallace B. Wason, Jr.**
Cantor Arkema, P.C.
Bank of America Center
1111 E. Main St.
P.O. Box 561
Richmond, VA 23218-0561
(804) 644-1400
wwason@cantorarkema.com

**Windle Turley**
Law Offices of Windle Turley, P.C.
1000 Turley Law Center
6440 N. Central Expressway
Dallas, TX 75206
(214) 691-4025
Toll-free: 800-692-4025
(214) 361-5802 (fax)
windle@wturley.com

**John Vecchione**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820 (fax)
jvecchione@valadlaw.com

**Stephanie D. Wade**
Baker Botts, LLP
2001 Ross Ave., Suite 900
Dallas, TX 75201-2980
(214) 953-6500
(214) 953-6503 (fax)
stephanie.wade@bakerbotts.com

**Michelle W. Wan**
Thomas & Wan, LLP
909B West Main
Houston, TX 77006
(713) 529-1177
(713) 529-1116 (fax)
mwan@thomasandwan.com

**Derrick K. Watson**
Farella, Braun & Martel, L.L.P.
235 Montgomery St., 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
dwatson@fbm.com

**John C. Weisensell**
Bernlohr & Wertz
301 Nantuck Building
23 S. Main Street
Akron, OH 44308
(330) 434-1000
(330) 434-1001 (fax)
jack@b-wlaw.com

**Roxanne M. Wilson**
Reed Smith LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
(213) 457-8080 (fax)
rwilson@reedsmith.com

**William P. Woods**
Woods & Woods, LLP
208 NB 4th Street
Evansville, IN 47708-1353
(812) 426-7205
(812) 426-7207 (fax)
bwoods@,woodslawyers.com

**Alicia M. Wyler**
Day Ketterer, Ltd.
Millennium Center, Suite 300
200 Market Ave., North
P.O. Box 24213
Canton, OH 44701-4213
(330) 455-0173
(330) 455-2633 (fax)
amwyler@dayketterer.com

and by U.S. Mail, postage prepaid to:

Kermit Morgan
3420 Ocean Park Boulevard, Suite 3030
Santa Monica, CA 90405

s/Robert G. Germany
ROBERT G. GERMANY

-19-