**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **AREDIA and ZOMETA PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | **No. 3:06-MDL-01760** |
| | ) | **Judge Campbell** |
| **PATRICIA MELAU, INDIVIDUALLY** | ) | **Magistrate Judge Brown** |
| **AND AS PERSONAL REPRESENTATIVE** | ) | |
| **OF EDWIN MELAU, DECEASED** | ) | |
| | ) | |
| **vs.** | ) | **JURY DEMANDED** |
| | ) | |
| **NOVARTIS PHARMACEUTICAL** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **Case No. 3:07-cv-1198** | ) | |

## SECOND AMENDED COMPLAINT

Plaintiff files this Second Amended Complaint pursuant to the Order (DE. 1050) entered on January 11, 2008 as follows:

01.     Plaintiff, Patricia Melau, personal representative of Edwin Melau, deceased, is a citizen of the State of Illinois.  She resides in Cook County.  A doctor prescribed ZOMETA for Edwin Melau.  As a result, he suffered osteonecrosis of the jaw.  Plaintiff brings this action in her own right for loss of consortium and as a personal representative of the decedent, Edwin Melau, for his losses.  Plaintiff and decedent were at all relevant times husband and wife.

02.     Defendant Novartis Pharmaceutical Corporation ("Novartis") is a Delaware corporation with its principal place of business located at One Health Plaza, East Hanover, New Jersey 07936-1080.

1

03.    During all times relevant hereto, Novartis was in the business of manufacturing, marketing, distributing, promoting, testing, labeling, and selling ZOMETA.

04.    This Court has *in personam* jurisdiction and venue.  Novartis markets ZOMETA to physicians in Tennessee so that they will prescribe it to their patients in Tennessee.  Novartis distributes and sells ZOMETA to patients in Tennessee.  Novartis compensates agents who "pitch" the drug to doctors here in Tennessee.  Novartis sends instructional materials about the drug and other Novartis products to patients and physicians in Tennessee.  Novartis profits from health maintenance organizations administered in Tennessee.  Patients in Tennessee remit a co-payment to pharmacists when purchasing Novartis products.  Novartis profits from patients in Tennessee who use its medications.  Novartis "resides" in the Middle District of Tennessee through its agents.

05.    ZOMETA is a bisphosphonates.  The principal pharmacologic action of ZOMETA is inhibition of bone resorption.  Bisphosphonates are used to prevent and treat osteoporosis in post-menopausal women.  Stronger forms of bisphosphonates are used in the management of advanced cancers that have metastasized to the bone.   When bisphosphonates are given in cancer chemotherapy, drugs like ZOMETA are given intravenously and usually for longer periods.

06.    Taking ZOMETA increases the risk of osteonecrosis of the jaw, including the maxilla (bone).  Taking ZOMETA causes osteonecrosis of the bone.  Novartis made labeling changes in September and October of 2003, but these changes were inadequate to warn consumers and remain so to this date.

## COUNT I.   STRICT LIABILITY

07.    Novartis was engaged in the business of manufacturing, creating, designing, testing, labeling, sterilizing, packaging, supplying, marketing, selling, advertising, warning, and otherwise

distributing ZOMETA in interstate commerce, which it then sold and distributed throughout the world. Therefore, Novartis is a manufacturer and this is a product liability action as specified by Tennessee common law.

08.    Edwin Melau was taking ZOMETA in a reasonably foreseeable manner.

09.    ZOMETA reached him without a substantial change in condition.

10.    Edwin Melau was not aware of, and reasonably could not have discovered, the specific danger of severe osteonecrosis associated with the use of ZOMETA.

11.    ZOMETA increases the risk of osteonecrosis of the jaw. ZOMETA causes osteonecrosis of the jaw. Therefore, ZOMETA is an "unreasonably dangerous / defective product" as specified by Tennessee common law due to Novartis's failure to warn Edwin Melau.

12.    This unreasonably dangerous / defective drug increases the risk of osteonecrosis of the jaw. This drug causes bisphosphonate-induced osteonecrosis. Edwin Melau suffered osteonecrosis of the jaw. He sustained compensatory damages in an amount to be proven at trial. Patricia Melau lost the services, care, society, companionship and consortium of her husband prior to his death and suffered emotionally as a result of his injury. She has suffered compensatory damages in an amount to be proven at trial.

13.    Novartis also acted recklessly as defined by the Tennessee Supreme Court in *Hodges v. S.C. Toof & Co.*, 833 S.W.2d 896 (Tenn. 1992). Therefore, Patricia Melau, personal representative of Edwin Melau, seeks imposition of punitive damages in order to punish Novartis and deter other drug companies from the same wrongdoing.

## COUNT II. NEGLIGENCE

14.    Novartis owed Edwin Melau a common law duty to use reasonable care in

manufacturing, creating, designing, testing, labeling, sterilizing, packaging, supplying, marketing, selling, and advertising of ZOMETA. This duty included a warning about the danger of bisphosphonate-induced osteonecrosis.

15.     Novartis breached that duty of care in one or more of the following respects:

   a.     Failing to test and inspect ZOMETA in a reasonable manner in order to ascertain whether or not it was safe and proper for the purpose for which it was designed, manufactured, and sold;

   b.     Failing to utilize and implement a reasonably safe design in the manufacture of ZOMETA;

   c.     Failing to manufacture ZOMETA in a reasonably safe condition;

   d.     Failing to warn Edwin Melau of the danger of bisphosphonate-induced osteonecrosis;

   e.     Failing to label ZOMETA reasonably so as to warn Edwin Melau of the danger of bisphosphonate induced osteonecrosis; and

   f.     Manufacturing ZOMETA, which is an unreasonably dangerous / defective drug.

16.     Furthermore, Novartis is guilty of negligence *per se*. Novartis violated the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 301, *et seq*., and the Sherman Food, Drug and Cosmetic Law, as well as other applicable laws, statutes, and regulations. Novartis's acts and omissions constitute an adulteration and/or misbranding as defined by the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 331. This is negligence *per se*.

17.     Novartis failed to meet the standard of care set forth by the following statutes and regulations. Legislators enacted these statutes and regulations for the benefit of a specific class of citizens. Edwin Melau is part of this class. Therefore, Novartis is negligent *per se* in the following respects:

4

(a)    The labeling lacked adequate information on the use of the drug ZOMETA (21 C.F.R. Section 201.56[a] and [d]);

(b)    The labeling failed to provide adequate warnings of severe and disabling medical conditions including, without limitations, osteonecrosis of the jaw, and other adverse medical conditions as soon as there was reasonable evidence of their association with the drug (21 C.F.R. 201.57[e]);

(c)    There was inadequate information for patients for the safe and effective use of Novartis' drug (21 C.F.R. 201.57[f][2]);

(d)    There was inadequate information regarding special care to be exercised by the doctor for safe and effective use of Novartis' drug (21 C.F.R. 201.57[f][2]); and

(e)    The labeling was misleading and promotional (21 C.F.R. 201.56[b]).

18.    Novartis's negligence is the proximate cause of all damages. Edwin Melau suffered osteonecrosis of the jaw. He sustained compensatory damages in an amount to be proven at trial. Patricia Melau lost the services, care, society, companionship and consortium of her husband prior to his death and suffered emotionally as a result of his injury. She has suffered compensatory damages in an amount to be proven at trial.

WHEREFORE, the Plaintiff requests that a jury be impaneled and that this Court award compensatory damages and punitive damages in an amount specified by the jury.

Respectfully submitted,


    /s/ Michael K. Radford
Charles Patrick Flynn, BPR 2718
Michael K. Radford, BPR 012760
Flynn and Radford, Attorneys, P.C.
320 Seven Springs Way, Suite 150
Brentwood, TN   37027
(615) 370-9448

And

5

F. Dulin Kelly         #04085
Clinton L. Kelly       #16171
Andy L. Allman         #17857
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN  37075
Telephone:    (615) 824-3703
Facsimile:    (615) 822-7339

And

Crymes G. Pittman      #4391
Robert G. Germany      #4800
Joseph E. Roberts, Jr. #5587
Pittman, Germany, Roberts &
Welsh, LLP
410 S. President Street
Jackson, MS 39201

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of February, 2008, served a true and correct copy of the foregoing document by operation of the Court's Electronic Case Filing System, on the following:

**Andy L. Allman**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
kellykellyallman@comcast.net

**Mary F. April**
The Coates Law firm
12012 S Shore Boulevard
Suite 107
Wellington, FL   33414
(561) 333-4911
(561) 333-4988 (fax)
mapril@coateslawfirm.com

**Earl B. Austin**
Baker Botts, LLP
2001 Ross Ave., Suite 900
Dallas, TX  75201-2980
(214) 953-6500
(214) 953-6503 (fax)
earl.austin@bakerbotts.com

**Catherine R. Baumer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)
cbaumer@spriggs.com

**Russel H. Beatie**
Beatie & Osborn, LLP
521 Fifth Ave., Suite 3400
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
bhunter@bandolaw.com

**Richard C. Bennett**
Bennett, Johnson & Galler
1901 Harrison St., 16th Floor
Oakland, CA 94612
(510) 444-5020
(510) 835-4260 (fax)
richardb@bjglawyers.com

**Bradford Berge**
Holland & Hart, LLP
110 N. Guadalupe
Suite 1

P.O. Box 2208
Santa Fe, NM   87504-2208
(505) 988-4421
Fax: (505) 983-6043
bberge@hollandhart.com


**Adam J. Berger**
Schroeter, Goldmark & Bender
810 Third Avenue
Suite 500
Seattle, WA   98104
(206) 622-8000
(206) 682-23005 (fax)

berger@sgb-law.com

**Turner W. Branch**
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM   87104
(505) 243-3501
Fax: (505) 243-3534

tbranch@branchlawfirm.com

**Bert Black**
Lockridge Grindal Nauen, PLLP
100 Washington Ave., South
Suite 2200
Minneapolis, MN   55401
(612) 339-6900
(612) 339-0981 (fax)
bblack@locklaw.com

**Robert W. Briley**
Briley Law Group, PLLC
511 Union Street, Suite 1610
Nashville, TN 37219
(615) 986-2684
rob@brileylaw.com

**Eugene C. Brooks, IV**
Brooks Law Firm
P.O. Box 9545
Savannah, GA   31412-9545
(912) 233-9696
(912) 232-8690
gbrooks@brooks-law.com


**James A. Bruen**
Farella, Braun & Martel, L.L.P.
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
jbruen@fbm.com

**Eric J. Buhr**
Reed Smith, LLP
355 S. Grand Avenue
Suite 2900
Los Angeles, CA   90071-1514
ebuhr@reedsmith.com

**Michael Campbell**
Holland & Hart, LLP
110 N. Guadalupe
Suite 1
P.O. Box 2208
Santa Fe, NM   87504-2208
(505) 988-4421
(505) 983-6043 (fax)
mcampbell@hollandhart.com

**Andrew J. Carboy**
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271
(212) 732-9000
(212) 266-4141 (fax)
acarboy@triallaw1.com

**Myers Carroll Cayer**
Terrell, Hogan
233 E. Bay Street, Suite 800
Jacksonville, FL 32202-3451
(904) 632-2424
(904) 632-0549 (fax)
cayer@terrellhogan.com

**Robert F. Clarke**
Phillips & Associates
3030 N. Third St., Suite 1100
Phoenix, AZ   85012
(602) 258-8900 x 328
(601) 288-1632 (fax)
bobc@phillipslaw.ws

**Howard K. Coates, Jr.**
The Coates Law Firm
12012 S Shore Boulevard
Suite 107
Wellington, FL   33414
(561) 333-4911
(561) 333-4988 (fax)
hcoates@coateslawfirm.com

**Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
(865) 549-7000

acolocotronis@bakerdonelson.com

**Brian J. Connelly**
Gould, Cooksey, Fennell, Barkett,
  O'Neill & Marine
979 Beachland Boulevard
Vero Beach, FL   32963-1688
bconnelly@gouldcooksey.com

**Jim C. Curtis**
Kemp Smith, LLP
221 N. Kansas St., Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
jcurtis@kempsmith.com

**William B. Curtis**
Miller, Curtis & Weisbrod, LLP
11551 Forest Central Dr., Suite 300
Dallas, TX   75243
(214) 987-0005
(214) 987-2545 (fax)
bcurtis@mcwlawfirm.com

**Paul Anthony Daniels**
Teague, Rotenstreich & Stanaland
P.O. Box 1898
Greensboro, NC 27402-1898
(336)272-4810
Fax: (336)272-2448
pad@trslaw.com

**Vicente de la Cruz**
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM   87104
(505) 243-3500
Fax: (505) 243-8319

vdelacruz@branchlawfirm.com

**Annesley H. Degaris**
Cory, Watson, Crowder & Degaris, P.C.
2131 Magnolia Ave.
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896(fax)

adegaris@cwcd.com

**Jeffrey A. Dickey**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5853
(202) 682-1639 (fax)

10

jdickey@spriggs.com

**Pamela J. Diedrich**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD 21401
(410) 269-6620
(410) 269-5452 (fax)
pjd@mch-law.com

**Penelope A. Dixon**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL  33601-3239
(813) 223-7000
(813) 229-4133 (fax)
pdixon@carltonfields.com

**James W. Dodson**
Law Offices of James W. Dodson
1259 Myrtle Avenue South
Clearwater, FL   33756
(727) 446-0840
(727) 446-0850
jim@jwdodsonlaw.com

**Scott Eldredge**
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112
(303) 792-5595
(303) 708-0527 (fax)
seldredge@burgsimpson.com

**Lowell Wayne Finson**
Phillips & Associates
3030 N. Third St., Suite 1100
Phoenix, AZ  85012
(602) 258-8900
(602) 288-1632 (fax)
lowellf@phillipslaw.ws

**Yvonne M. Flaherty**
Lockridge Grindal Nauen, PLLP
100 Washington Ave., South
Suite 2200
Minneapolis, MN  55401
(611) 339-6900
(612) 339-0981 (fax
flaheym@locklaw.com

**Donald W. Fowler**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC  20005
(202) 898-5800

11

(202) 682-1639 (fax)
dfowler@spriggs.com

**Deirdre C. Gallagher**
Spencer, Fane, Britt & Browne, LLP
One North Brentwood Boulevard
Suite 1000
Clayton, MO   63105-3925
(314) 863-7733
(314) 862-4656
dgallagher@spencerfane.com

**Edward W. Gerecke**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL  33601-3239
(813) 223-7000
(813) 229-4133 (fax)
egerecke@carltonfields.com

**Robert G. Germany**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
rgg@pgrwlaw.com

**Alvin M. Gomez**
Gomez Law Group
8910 University Center Lane, Suite 550
San Diego, CA  92122
(858) 552-0000
(858) 552-8505 (fax)
agomez@thegomezlawgroup.com

**David R. Gronbach**
Moynahan & Minnella, LLC
141 E. Main Street
Waterbury, CT 06722
(203) 573-1411
(203) 757-9313 (fax)
dgronbach@moynahanlawfirm.com

**Peter H. Gunst**
Astrachan, Gunst & Thomas, P.C.
217 E. Redwood Street
Suite 2100
Baltimore, MD   21202
(410) 783-3550
(410) 783-3530
pgunst@agtalawyers.com

**Thomas W. Hayde, Jr.**
Spencer, Fane, Britt & Browne, LLP
One North Brentwood Boulevard

Suite 1000
Clayton, MO 63105-3925
(314) 863-7733
(314) 862-4656
thayde@spencerfane.com

**Marcus E. Hayes, Sr.**
Crumley & Associates, P.C.
2400 Freeman Mill Road
Suite 200
Greensboro, NC  27406
(336) 333-9899
(336) 333-9894 (fax)
mehayes@crumleyandassociates.com

**Frederick G. Helmsing, Jr.**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
(251) 432-5302 (fax)
fhelmsing@mcdowellknight.com

**Joe G. Hollingsworth**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
jhollingsworth@spriggs.com

**Fred Cromwell Isaac**
Foerster, Isacc & Yerkes, P.A.
2468 Atlantic Boulevard
Jacksonville, FL   32207
US
(904) 396-3160
(904) 348-0921 (fax)
fisaac@fiy-attorneys.com

**Robert E. Johnston**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)
rjohnston@spriggs.com

**Thomas Q. Keefe, Jr.**
6 Executive Woods Court
Belleville, IL 62226
(618) 236-2221
(618) 236-2194
debbie@tqkeefe.com

13

**Clinton L. Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
(615) 822-7339 (fax)
kellykellyallman@comcast.net

**Fred Dulin Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
(615) 822-7339 (fax)
kellykellyallman@comcast.net

**James B. King**
Keefe, King & Bowman, P.S.
West 601 Main Avenue
Suite 1102
Spokane, WA 99201
(509) 624-8988
(509) 623-1380 (fax)
jking@kkbowman.com

**Dan E. LaBelle**
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855
(203) 227-6992 (fax)
labelle@halloran-sage.com

**Katharine R. Latimer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
klatimer@spriggs.com

**Richard A. Lockridge**
Lockridge Grindal Nauen, PLLP
100 Washington Ave., South, Suite 2200
Minneapolis, MN  55401
(612) 339-6900
(612) 339-0981
lockrra@locklaw.com

**Roy Lenard Mason**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD  21401
(410) 269-6620
(410) 269-5452 (fax)
rmason@mch-law.com

14

**Stephen E. Matasich**
Day Ketterer, Ltd.
Millennium Center
200 Market Ave., N., Suite 300
P.O. Box 24213
Canton, OH  44701-4213
(330) 455-0173
(330) 455-2633 (fax)
sematasich@dayketterer.com

**Michael L. McCluggage**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
mccluggage@wildmanharrold.com

**Marilyn T. McGoldrick**
Thornton & Naumes, LLP
100 Summer St., 30th Floor
Boston, MA  02110
(617) 720-1333
(617) 720-2445 (fax)
mmcgoldrick@tenlaw.com

**Ronald E. McMillan**
Watkins & Eager
P.O. Box 650
400 E. Capitol Street, Ste. 300
Jackson, MS 39205
(601) 948-6470
rmcmillan@watkinseager.com

**Philip J. Miller**
Beatie & Osborne
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
pmiller@bandolaw.com

**Mildred M. Morris**
Watkins & Eager
P.O. Box 650
400 E. Capitol Street, Ste. 300
Jackson, MS 39205
(601) 948-6470
mmorris@watkinseager.com

**Melanie H. Muhlstock**
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
mmuhlstock@yourlawer.com

**Michael T. Mullen**
Paul B. Episcope, LLC
77 W. Washington Street
Suite 300
Chicago, IL 60602
(312) 782-6636
mtm@episcopeltd.com

**Nicholas S. Nassif**
3055 Wilshire blvd., Suite 900
Los Angeles, CA  90010
(213) 736-1899
nsnassif@pacbell.net

**Timothy M. O'Brien**
Levin, Papantonio, Thomas, Mitchell,
Echsner & Proctor, P.A.
316 S. Baylen St., Suite 600
P.O. Box 12308
Pensacola, FL  32502
(850) 435-7084
tobrien@levinlaw.com

**Sarah Olson**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
olson@wildmanharrold.com

**James A. O'Neal**
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (fax)
joneal@faegre.com

**Daniel A. Osborn**
Beatie & Osborn
521 Fifth Avenue, 34th Floor
New York NY 10175
(212) 888-9000
(212) 888-9664 (fax)
dosborn@bandolaw.com

**Mark N. Osborn**
Kemp Smith, LLP
221 N Kansas Street, Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
mosborn@kempsmith.com

**Peter G. Pappas**

16

Nexsen, Pruet, Adams & Kleemeier, PLLC
P.O. Box 3463
Greensboro, NC 27402
(336) 373-1600
(336) 273-5357 (fax)
ppappas@npaklaw.com

**Jerrold S. Parker**
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
jerry@yourlawyer.com

**Sarah Peterman**
Farella, Braun & Martel, L.L.P.
235 Montgomery St., 17th Floor
San Francisco, CA  94104
(415) 954-4400
(415) 954-4480 (fax)
speterman@fbm.com

**Heather A. Pigman**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
hpigman@spriggs.com

**Michael Pilarz**
Law Offices of Michael Pilarz
237 Main Street, Suite 650
Buffalo, NY  14203-2713
(716) 852-4351
(716) 852-6457 (fax)
law@pilarz.com

**Crymes G. Pittman**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
cgp@pgrwlaw.com

**Michael A. Pohl**
Law Office of Michael A. Pohl
11111 Katy Freeway
Suite 910
Houston, TX 77079
(713) 652-0100
(713) 650-0687 (fax)
pohlatty@aol.com

**Joseph E. Roberts, Jr.**

17

Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187) fax)
jer@pgrwlaw.com

**Thomas E. Rubbert**
Law Offices of Thomas E. Rubbert
790 E. Colorado Blvd., 9th Fl.
Pasadena, CA 91101
(626) 793-2773
rubbertlaw@aol.com

**Ronnie Alan Sabb**
Ronnie A. Sabb law Offices
P.O. Box 88
Kingstree, SC  29556
(843) 354-5349
(843) 355-3434 (fax)
sabblaw1@ftc-i.net

**Christopher A. Seeger**
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100
(973) 639-9393 (fax)
cseeger@seegerweiss.com

**Michael F. Seelie**
Michael E. Seelie, P.A.
2468 Atlantic Boulevard
Jacksonville, FL   32210
(904) 858-1895
(904)858-1898 (fax)
mseelie@comcast.net

**Robert K. Shelquist**
Lockridge, Grindal Nauen, PLLP
100 Washington Ave., South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
(612) 339-0981
rshelquist@locklaw.com

**Edward M. Sledge, III**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
esledge@mcdowellknight.com

**Yanika C. Smith**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Commerce Center, Suite 1000

211 Commerce Street
Nashville, TN 37201
(615) 726-5600
ysmith@bakerdonelson.com

**Carl Lewis Solomon**
Gergel, Nickles & Solomon
P.O. Box 1866
Columbia, SC  29202-1866
(803) 779-8080
(803) 256-1816 (fax)
csolomon@gnslaw.com

**Gregory S. Spizer**
Anapol, Schwartz, Weiss, Cohan,
Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4578
(215) 875-7722 (fax)

gspizer@anapolschwartz.com

**Ethan D. Stein**
Gibbons, Del Deo, Dolan, Griffinger & Veccione
One Pennsylvania Plaza, 37th Floor
New York, NY  10119-3701
(212) 649-4700
(212) 333-5980 (fax)
estein@gibbonslaw.com

**Terence J. Sweeney**
Law Offices of Terence J. Sweeney
44 Fairmount Avenue
Chatham, NJ  07928
(908) 598-1960
(908) 598-1961 (fax)
sweeneylawfirm@optonline.net

**Robert O. Stripling**
Stripling, McMichael & Stripling, PA
102 Northwest Second Avenue
P.O. Box 1287
Gainesville, FL 32602
(352) 376-8888
(352) 376-4645 (fax)
lisa@sms-pa.com

**Ward S. Taggart**
Meredith, Chase & Taggart, LLC
109 S. Warren Street
Trenton, NJ  08608
(609) 599-9587
(609) 695-1967 (fax)
ward@mctlawyer.com

**Meghan M. Tans**
316 S. Baylen St., Suite 600
Pensacola, FL 32502

(850) 435-7181
(850) 436-6181 (fax)
mtans@levinlaw.com

**Peter D. Tarpey**
Paul B. Episcope, LLC
77 W. Washington St., Suite 300
Chicago, IL 60602
(312) 782-6636
pdt@episcopeltd.com

**Linda Laurent Thomas**
Thomas & Wan, LLP
909B West Main
Houston, TX 77006
(713) 529-1177
(713) 529-1116 (fax)
lthomas@thomasandwan.com

**Lucas J. Thompson**
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (fax)
lthompson@faegre.com

**John O. Threadgill**
Threadgill Law Firm
9724 Kingston Pike, Suite 701
Knoxville, TN  37922
(865) 588-4100
(865) 588-4120
jthreadgill@threadgillfirm.com

**Windle Turley**
Law Offices of Windle Turley, P.C.
1000 Turley Law Center
6440 N. Central Expressway
Dallas, TX  75206
(214) 691-4025
Toll-free: 800-692-4025
(214) 361-5802 (fax)
windle@wturley.com

**Bart T. Valad**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820 (fax)
bvalad@valadlaw.com

**John Vecchione**
Law Firm of Bart T. Valad, PLLC

3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820
jvecchione@valadlaw.com

**Jenny M. Virden**
Chapman, Lewis & Swan
P.O. Box 2801
Madison, MS 39130
(601) 605-9081
jvirden@bellsouth.net

**Stephanie D. Wade**
Baker Botts, LLP
2001 Ross Ave., Suite 900
Dallas, TX  75201-2980
(214) 953-6500
(214) 953-6503 (fax)
stephanie.wade@bakerbotts.com

**John S. Wallach**
100 South Brentwood Blvd.
Suite 300
St. Louis, MO   63105-1635
(314) 241-2500
(314) 241-2215 (fax)
john@wallachwolff.com


**Michelle W. Wan**
Thomas & Wan, LLP
909B West Main
Houston, TX 77006
(713) 529-1177
(713) 529-1116 (fax)
mwan@thomasandwan.com

**Derrick K. Watson**
Farella, Braun & Martel, L.L.P.
235 Montgomery St., 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
dwatson@fbm.com

**John C. Weisensell**
Bernlohr & Wertz
301 Nantuck Building
23 S. Main Street
Akron, OH  44308
(330) 434-1000
(330) 434-1001 (fax)
jack@b-wlaw.com

**Kimberly R. Wilson**
Lewis & Roberts, PLLC

1305 Navaho Dr., Suite 400
Raleigh, NC  27609
(919) 981-0191
(919) 981-0199 (fax)
kimwilson@lewis-roberts.com

**Roxanne M. Wilson**
Reed Smith LLP
355 S. Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
(213) 457-8080 (fax)
rwilson@reedsmith.com

**William P. Woods**
Woods & Woods, LLP
208 NW 4th Street
Evansville, IN 47708-1353
(812) 426-7205
(812) 426-7207 (fax)
bwoods@woodslawyers.com

**Alicia M. Wyler**
Day Ketterer, Ltd.
Millennium Center, Suite 300
200 Market Ave., North
P.O. Box 24213
Canton, OH  44701-4213
(330) 455-0173
(330) 455-2633 (fax)
amwyler@dayketterer.com


                                        __/s/ Michael K. Radford__
                                        Michael K. Radford