```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

In Re:                                )
                                      )
AREDIA and ZOMETA PRODUCTS            )    No. 3:06-MDL-01760
LIABILITY LITIGATION                  )    Judge Campbell/Brown
(MDL No. 1760)                        )
                                      )
This Document Relates to              )
3:06-CV-00377; 3:06-CV-00381;         )
3:06CV-00521; 3:06-CV00550;           )
3:06-CV-00659; 3:07-CV-01280;         )
3:08-CV-00068; 3:08-CV-00071;         )
3:07-CV-1184; and 3:07-CV-1198        )
```

**O R D E R**

The Magistrate Judge has received a notice from the parties of the selection of eight cases which, in addition to the two cases previously selected, *Anderson* (3:07-1184) and *Melau* (3:07-1198), comprise the Wave 1-A cases that will be prepared for trial.

The Magistrate Judge has previously set a telephone conference (Docket Entry 1346) for **May 28, 2008**. In that order the parties were requested to provide by **May 25, 2008**, a list of points they wished to discuss during the conference. Counsel involved with these 10 cases should participate in this telephone conference and should be prepared to comment on any issues that involve their particular case.

The Defendant has selected the *Casali* case (3:07-CV-01280). The Magistrate Judge has previously expressed some concern as to whether counsel for Casali is properly prepared to move this case forward. That counsel apparently is involved in litigation with other plaintiffs' counsel and has other litigation and issues

which cause the Magistrate Judge to have some concern about his ability to fully prosecute this case. Counsel for Casali should be prepared to address these issues during the telephone conference and Novartis should be prepared to select an additional case if the Magistrate Judge continues to have concern about the *Casali* case. The **Clerk** will send a written notice of this order to the lead counsel for these 10 cases.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge