IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: | No. 3:06-MD-1760 |
| AREDIA® and ZOMETA® PRODUCTS LIABILITY LITIGATION (MDL No. 1760) | JUDGE CAMPBELL |
| This Document Relates To Case No.: | MAGISTRATE JUDGE BROWN |
| 3:06-cv-00377 (Punnose) 3:06-cv-00381 (Hogan) 3:06-cv-00521 (Brodie) 3-06-cv-00550 (White) 3:06-cv-00659 (Crews) 3:08-cv-00068 (Fussman) 3:06-cv-0069 (Napolitano) 3:08-cv-00071 (Deutsch) 3:07-cv-01198 (Melau) 3:07-cv-00573 (Anderson) | |

**MOTION BY PLAINTIFFS' STEERING COMMITTEE FOR EXTENSION OF TIME TO FILE MOTIONS TO COMPEL DISCOVERY**

The Plaintiffs' Steering Committee and Defense Counsel have agreed to extend the time for filing and serving various Motions to Compel Discovery to Tuesday, June 24, 2008.

It is respectfully requested that this Court extend such time accordingly.

Dated: June 23, 2008

Respectfully submitted,

**BEATIE AND OSBORN LLP**

s/ Daniel A. Osborn
Russel H. Beatie, Esq.  (# 1448307)
Daniel A. Osborn, Esq. (# 2429611)
521 Fifth Avenue, Suite 3400
New York, New York 10175

Telephone:  (212) 888-9000
Facsimile:   (212) 888-9664
*Class Counsel*

and

**KELLY, KELLY & ALLMAN**
F. Dulin Kelly (#04085)
Clinton L. Kelly (#16171)
Andy L. Allman (#17857)
629 E. Main Street
Hendersonville, Tennessee 37075
Telephone:  (615) 824-3703
Facsimile:   (615) 822-7339
*Class Counsel*

and

C. Patrick Flynn (#2718)
Michael K. Radford (#12763)
**FLYNN AND RADFORD**
 **ATTORNEYS, P.C.**
Seven Springs I, Suite 150
320 Seven Springs Way
Brentwood, Tennessee 37207
Telephone:  (615) 370-9448
Facsimile:   (615) 370-9313

and

Crymes G. Pittman (#4391)
Robert G. Germany (#4800)
Joseph E. Roberts, Jr. (#5587)
**PITTMAN, GERMANY,**
 **ROBERTS & WELSH, LLP**
410 S. President Street
Jackson, Mississippi 39201
Telephone:  (601) 948-6200
Facsimile:   (601) 948-6187
*Class Counsel*

and

    Bart T. Valad, Esq.
    John J. Vecchione, Esq.
    **VALAD & VECCHIONE, PLLC**
    3863 Plaza Drive
    Fairfax, Virginia  22030
    Telephone:   (703) 352-4800
    Facsimile:   (703) 352-4820
    ***Class Counsel***

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of June, 2008 a true and correct copy of the foregoing **MOTION BY PLAINTIFFS' STEERING COMMITTEE FOR EXTENSION OF TIME TO FILE MOTIONS TO COMPEL DISCOVERY** will be served via electronic transmission on those persons identified on Schedule B-Panel Attorney Service List as of November 14, 2006 (DE 188).

      s/ Daniel A. Osborn
Russel H. Beatie, Esq. (# 1448307)
Daniel A. Osborn, Esq. (# 2429611)
BEATIE AND OSBORN LLP
521 Fifth Avenue, Suite 3400
New York, New York 10175
Telephone:   (212) 888-9000
Facsimile:   (212) 888-9664
***Class Counsel***