IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| Aredia® and Zometa® | ) | |
| Products Liability Litigation | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | |
| | ) | Judge Campbell |
| **This Document Relates to:** | ) | |
| 3:06-cv-00377 (Punnose) | ) | Magistrate Judge Brown |
| 3:06-cv-00381 (Hogan) | ) | |
| 3:06-cv-00521 (Brodie) | ) | |
| 3:06-cv-00550 (White) | ) | |
| 3:06-cv-00659 (Crews) | ) | |
| 3:08-cv-00068 (Fussman) | ) | |
| 3:06-cv-00069 (Napolitano) | ) | |
| 3:08-cv-00071 (Deutsch) | ) | |
| 3:07-cv-01198 (Melau) | ) | |
| 3:07-cv-00573 (Anderson) | ) | |
| | ) | |

## PLAINTIFFS' STEERING COMMITTEE'S STATMENT IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY RESPONSES

On behalf on the Plaintiffs' Steering Committee ("PSC"), I, John J. Vecchione, pursuant to LR37.01(b)(3), do certify that before filing the *Plaintiffs' Steering Committee's Motion to Compel* dated June 24, 2008, the PSC did confer with counsel for the defendant, Novartis Pharmaceuticals Corporation, except with respect to the recent discovery materials due to time constraints, and has only had minimal contact regarding the privilege log, in a good faith effort to resolve by agreement the issues raised, and that such an agreement was unable to be reached.

Dated: June 24, 2008

Respectfully Submitted,

1

By:     s/ John J. Vecchione
Bart T. Valad, Esq.
John J. Vecchione, Esq.
*Valad & Vecchione, PLLC*
3863 Plaza Drive
Fairfax, Virginia 22030
Telephone:     (703) 352-4800
Facsimile:     (703) 352-4820

*On behalf of the Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

On this 24th day of June, 2008, I certify that I served all counsel of record by filing the foregoing Plaintiffs' Steering Committee's Statement in Support of its Motion to Compel Discovery Responses by using this Court's ECF system.

                                              By:    s/ John J. Vecchione
                                                           John J. Vecchione, Esq.