IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE:<br><br>AREDIA® and ZOMETA® PRODUCTS LIABILITY LITIGATION<br>(MDL No. 1760)<br><br>This Document Relates To Case No.:<br><br>3:06-cv-00377 (Punnose)<br>3:06-cv-00381 (Hogan)<br>3:06-cv-00521 (Brodie)<br>3-06-cv-00550 (White)<br>3:06-cv-00659 (Crews)<br>3:08-cv-00068 (Fussman)<br>3:08-CV-0069 (Forman)<br>3:08-cv-00071 (Deutsch)<br>3:07-cv-01198 (Melau)<br>3:07-cv-1184 (Anderson) | No. 3:06-MD-1760<br><br>JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE BROWN |

### MOTION BY PLAINTIFFS' STEERING COMMITTEE FOR EXTENSION OF TIME TO FILE MOTIONS TO COMPEL DISCOVERY

The Plaintiffs' Steering Committee and Defense Counsel have agreed to extend the time for filing and serving various Motions to Compel Discovery to Monday, June 23, 2008.

It is respectfully requested that this Court extend such time accordingly.

Dated: June 20, 2008

**ORDER**
**Motion Granted**
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**

Respectfully submitted,

BEATIE AND OSBORN LLP

s/ Daniel A. Osborn
Russel H. Beatie, Esq.  (# 1448307)
Daniel A. Osborn, Esq. (# 2429611)
521 Fifth Avenue, Suite 3400
New York, New York 10175