IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

_____

|  |  |  |
|---|---|---|
| IN RE: | ) | No. 3:06-MD-1760 |
|  | ) |  |
| AREDIA® and ZOMETA® PRODUCTS | ) |  |
| LIABILITY LITIGATION | ) | JUDGE CAMPBELL |
| (MDL No. 1760) | ) |  |
|  | ) |  |
| This Document Relates To Case No.: | ) | MAGISTRATE JUDGE BROWN |
|  | ) |  |
| 3:06-cv-00377 (Punnose) | ) |  |
| 3:06-cv-00381 (Hogan) | ) |  |
| 3:06-cv-00521 (Brodie) | ) |  |
| 3-06-cv-00550 (White) | ) |  |
| 3:06-cv-00659 (Crews) | ) |  |
| 3:08-cv-00068 (Fussman) | ) |  |
| 3:08-cv-0069 (Forman) | ) |  |
| 3:08-cv-00071 (Deutsch) | ) |  |
| 3:07-cv-01198 (Melau) | ) |  |
| 3:07-cv-1184  (Anderson) | ) |  |

_____

**MOTION BY PLAINTIFFS' STEERING COMMITTEE FOR EXTENSION OF TIME TO
FILE MOTIONS TO COMPEL DISCOVERY**

The Plaintiffs' Steering Committee and Defense Counsel have agreed to extend the

time for filing and serving various Motions to Compel Discovery to Tuesday, June 24, 2008.

It is respectfully requested that this Court extend such time accordingly.

Dated: June 23, 2008

Respectfully submitted,

**BEATIE AND OSBORN LLP**

**ORDER**
**Motion Granted**
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**

s/ Daniel A. Osborn
Russel H. Beatie, Esq.  (# 1448307)
Daniel A. Osborn, Esq. (# 2429611)
521 Fifth Avenue, Suite 3400
New York, New York 10175