IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWIN MELAU | ) |
| | ) |
| v. | ) |
| | ) |
| NOVARTIS PHARMACEUTICALS CORPORATION | ) NO. 3:06-MD-1760 <br> ) JUDGE CAMPBELL |
| | ) |
| This document relates to <br> Case No. 3:07-1198 | ) <br> ) |

ORDER

Pursuant to the Court's prior Order (Docket No. 1223), this case is transferred to the U.S. District Court for the Northern District of Illinois. The parties should consider petitioning the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, to transfer the case to this Court for coordinated or consolidated pretrial proceedings.

The Clerk is directed to transfer this file to the U.S. District Court for the Northern District of Illinois.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE