IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| Aredia® and Zometa® | ) | |
| Products Liability Litigation | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | |
| | ) | Judge Campbell |
| **This Document Relates to:** | ) | |
| 3:06-cv-00377 (Punnose) | ) | Magistrate Judge Brown |
| 3:06-cv-00381 (Hogan) | ) | |
| 3:06-cv-00521 (Brodie) | ) | |
| 3:06-cv-00550 (White) | ) | |
| 3:06-cv-00659 (Crews) | ) | |
| 3:08-cv-00068 (Fussman) | ) | |
| 3:08-cv-00069 (Napolitano) | ) | |
| 3:08-cv-00071 (Deutsch) | ) | |
| 3:07-cv-01198 (Melau) | ) | |
| 3:07-cv-01184 (Anderson) | ) | |
| _____ | ) | |

## PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL DISCOVERY RESPONSES

Comes Now the Plaintiffs Steering Committee and pursuant to Federal Rule Civ. Pro. 37(a)(2) and Local Rule 37.01 moves to compel discovery responses of Defendant Novartis in support whereof it submits a Memorandum of Law and states:

1. The PSC and Defendant have engaged in discovery for at least a year and a half. Through document requests, interrogatories, and depositions the PSC has attempted to obtain information allowed by the Federal Rules to prosecute these cases.

2. The PSC and Defendant have negotiated over the discovery requests and responses many times and come to agreement on most issues during the course of litigation.

3. The Court granted the PSC until August 5, 2008 to submit a motion on recent responses to discovery requests by defendant NPC.

4. Plaintiffs move to compel 1) NPC's Response to PSC's Eighth Document Request; 2) NPC's Response to PSC's Fifth Set of Interrogatories; 3) NPC's Response to PSC's First Request for Admissions; and to strike 4) NPC's Response and Objections to PSC's Notice of Taking Video Depositions.

5. All such production must be compelled as further explained in the contemporaneously filed Memorandum in Support of this Motion.

Wherefore, the PSC requests that Defendant be compelled to respond to the requested items and have all objections struck.

>

> Respectfully submitted,
>
> THE PLAINTIFFS' STEERING COMMITTEE
>
> By: /s   John J. Vecchione
> Bart T. Valad, Esq.

2

                                                      John J. Vecchione, Esq.  
                                                      VALAD & VECCHIONE, PLLC  
                                                      3863 Plaza Drive  
                                                      Fairfax, Virginia  22030  
                                                      Telephone:  (703) 352-4800  
                                                      Fax:  (703) 352-4820

Dated:        August 5, 2008

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff Steering Committee's Motion to Compel Discovery Responses was furnished by operation of the Court's Electronic Case Filing System on counsel of record in case No. 3:06-MD-1760,

on this 5th day of August, 2008.

                                                /s John J. Vecchione
                                               John J. Vecchione, Esq.