CASE–CLOSED, CASE–MANAGER–BROWN, CASE–TRANSFERRED

# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:07–cv–01198

Melau v. Novartis Pharmaceuticals Corporation
Assigned to: Chief Judge Todd J. Campbell
Referred to: Magistrate Judge Joe Brown
Lead case: 3:06–md–01760
Member cases:
   3:06–cv–00369
   3:06–cv–00370
   3:06–cv–00371
   3:06–cv–00372
   3:06–cv–00373
   3:06–cv–00374
   3:06–cv–00375
   3:06–cv–00376
   3:06–cv–00377
   3:06–cv–00378
   3:06–cv–00379
   3:06–cv–00380
   3:06–cv–00381
   3:06–cv–00382
   3:06–cv–00383
   3:06–cv–00384
   3:06–cv–00385
   3:06–cv–00386
   3:06–cv–00387
   3:06–cv–00388
   3:06–cv–00389
   3:06–cv–00390
   3:06–cv–00391
   3:06–cv–00392
   3:06–cv–00394
   3:06–cv–00493
   3:06–cv–00494
   3:06–cv–00495
   3:06–cv–00496
   3:06–cv–00497
   3:06–cv–00498
   3:06–cv–00499
   3:06–cv–00500
   3:06–cv–00502

Date Filed: 12/05/2007
Date Terminated: 08/05/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

 3:06–cv–00503
 3:06–cv–00504
 3:06–cv–00505
 3:06–cv–00506
 3:06–cv–00507
 3:06–cv–00508
 3:06–cv–00509
 3:06–cv–00510
 3:06–cv–00512
 3:06–cv–00513
 3:06–cv–00514
 3:06–cv–00515
 3:06–cv–00516
 3:06–cv–00517
 3:06–cv–00518
 3:06–cv–00519
 3:06–cv–00520
 3:06–cv–00521
 3:06–cv–00522
 3:06–cv–00523
 3:06–cv–00524
 3:06–cv–00525
 3:06–cv–00527
 3:06–cv–00550
 3:06–cv–00551
 3:06–cv–00552
 3:06–cv–00553
 3:06–cv–00554
 3:06–cv–00555
 3:06–cv–00618
 3:06–cv–00659
 3:06–cv–00660
 3:06–cv–00661
 3:06–cv–00662
 3:06–cv–00680
 3:06–cv–00693
 3:06–cv–00742
 3:06–cv–00743
 3:06–cv–00744
 3:06–cv–00745
 3:06–cv–00746
 3:06–cv–00747
 3:06–cv–00748
 3:06–cv–00749

 3:06–cv–00771
 3:06–cv–00772
 3:06–cv–00773
 3:06–cv–00812
 3:06–cv–00813
 3:06–cv–00815
 3:06–cv–00816
 3:06–cv–00817
 3:06–cv–00818
 3:06–cv–00819
 3:06–cv–00820
 3:06–cv–00821
 3:06–cv–00822
 3:06–cv–00823
 3:06–cv–00858
 3:06–cv–00860
 3:06–cv–00861
 3:06–cv–00862
 3:06–cv–00863
 3:06–cv–00864
 3:06–cv–00865
 3:06–cv–00957
 3:06–cv–00958
 3:06–cv–00959
 3:06–cv–00960
 3:06–cv–00961
 3:06–cv–00962
 3:06–cv–00963
 3:06–cv–00964
 3:06–cv–00965
 3:06–cv–00966
 3:06–cv–00967
 3:06–cv–00968
 3:06–cv–00969
 3:06–cv–00970
 3:06–cv–00971
 3:06–cv–00972
 3:06–cv–00973
 3:06–cv–00974
 3:06–cv–00975
 3:06–cv–00976
 3:06–cv–00977
 3:06–cv–01026
 3:06–cv–01027

 3:06–cv–01028
 3:06–cv–01029
 3:06–cv–01030
 3:06–cv–01031
 3:06–cv–01032
 3:06–cv–01057
 3:06–cv–01058
 3:06–cv–01059
 3:06–cv–01060
 3:06–cv–01123
 3:06–cv–01124
 3:06–cv–01125
 3:06–cv–01126
 3:06–cv–01127
 3:06–cv–01128
 3:06–cv–01129
 3:06–cv–01130
 3:06–cv–01131
 3:06–cv–01132
 3:06–cv–01163
 3:06–cv–01164
 3:06–cv–01165
 3:06–cv–01167
 3:06–cv–01168
 3:07–cv–00004
 3:07–cv–00005
 3:07–cv–00006
 3:07–cv–00007
 3:07–cv–00008
 3:07–cv–00036
 3:07–cv–00037
 3:07–cv–00038
 3:07–cv–00039
 3:07–cv–00040
 3:07–cv–00041
 3:07–cv–00042
 3:07–cv–00043
 3:07–cv–00044
 3:07–cv–00092
 3:07–cv–00093
 3:07–cv–00094
 3:07–cv–00095
 3:07–cv–00096
 3:07–cv–00097

 3:07–cv–00098
 3:07–cv–00099
 3:07–cv–00100
 3:07–cv–00101
 3:07–cv–00102
 3:07–cv–00103
 3:07–cv–00104
 3:07–cv–00105
 3:07–cv–00106
 3:07–cv–00107
 3:07–cv–00108
 3:07–cv–00109
 3:07–cv–00110
 3:07–cv–00111
 3:07–cv–00169
 3:07–cv–00170
 3:07–cv–00228
 3:07–cv–00234
 3:07–cv–00235
 3:07–cv–00236
 3:07–cv–00237
 3:07–cv–00238
 3:07–cv–00239
 3:07–cv–00240
 3:07–cv–00276
 3:07–cv–00277
 3:07–cv–00278
 3:07–cv–00279
 3:07–cv–00280
 3:07–cv–00281
 3:07–cv–00300
 3:07–cv–00380
 3:07–cv–00381
 3:07–cv–00384
 3:07–cv–00385
 3:07–cv–00386
 3:07–cv–00387
 3:07–cv–00389
 3:07–cv–00390
 3:07–cv–00391
 3:07–cv–00392
 3:07–cv–00393
 3:07–cv–00394
 3:07–cv–00395

 3:07–cv–00396
 3:07–cv–00397
 3:07–cv–00398
 3:07–cv–00399
 3:07–cv–00425
 3:07–cv–00426
 3:07–cv–00427
 3:07–cv–00465
 3:07–cv–00466
 3:07–cv–00467
 3:07–cv–00468
 3:07–cv–00469
 3:07–cv–00470
 3:07–cv–00472
 3:07–cv–00473
 3:07–cv–00474
 3:07–cv–00475
 3:07–cv–00524
 3:07–cv–00525
 3:07–cv–00526
 3:07–cv–00527
 3:07–cv–00528
 3:07–cv–00529
 3:07–cv–00530
 3:07–cv–00531
 3:07–cv–00532
 3:07–cv–00533
 3:07–cv–00534
 3:07–cv–00535
 3:07–cv–00536
 3:07–cv–00537
 3:07–cv–00538
 3:07–cv–00539
 3:07–cv–00564
 3:07–cv–00565
 3:07–cv–00566
 3:07–cv–00567
 3:07–cv–00568
 3:07–cv–00569
 3:07–cv–00570
 3:07–cv–00571
 3:07–cv–00572
 3:07–cv–00575
 3:07–cv–00576

 3:07–cv–00662
 3:07–cv–00663
 3:07–cv–00664
 3:07–cv–00666
 3:07–cv–00734
 3:07–cv–00749
 3:07–cv–00777
 3:07–cv–00778
 3:07–cv–00780
 3:07–cv–00781
 3:07–cv–00782
 3:07–cv–00783
 3:07–cv–00784
 3:07–cv–00825
 3:07–cv–00837
 3:07–cv–00888
 3:07–cv–00931
 3:07–cv–00957
 3:07–cv–00958
 3:07–cv–00959
 3:07–cv–00960
 3:07–cv–00961
 3:07–cv–00962
 3:07–cv–00963
 3:07–cv–00994
 3:07–cv–00995
 3:07–cv–01017
 3:07–cv–01018
 3:07–cv–01019
 3:07–cv–01020
 3:07–cv–01021
 3:07–cv–01022
 3:07–cv–01023
 3:07–cv–01043
 3:07–cv–01044
 3:07–cv–01045
 3:07–cv–01061
 3:07–cv–01070
 3:07–cv–01071
 3:07–cv–01072
 3:07–cv–01137
 3:07–cv–01138
 3:07–cv–01139
 3:07–cv–01140

 3:07–cv–01141
 3:07–cv–01142
 3:07–cv–01143
 3:07–cv–01171
 3:07–cv–01182
 3:07–cv–01227
 3:07–cv–01228
 3:07–cv–01229
 3:07–cv–01230
 3:07–cv–01231
 3:07–cv–01278
 3:07–cv–01279
 3:08–cv–00017
 3:08–cv–00018
 3:08–cv–00019
 3:08–cv–00020
 3:08–cv–00067
 3:08–cv–00068
 3:08–cv–00069
 3:08–cv–00070
 3:08–cv–00071
 3:08–cv–00086
 3:08–cv–00087
 3:08–cv–00131
 3:08–cv–00132
 3:08–cv–00133
 3:08–cv–00134
 3:08–cv–00135
 3:08–cv–00136
 3:08–cv–00137
 3:08–cv–00138
 3:08–cv–00210
 3:08–cv–00211
 3:08–cv–00212
 3:08–cv–00213
 3:08–cv–00214
 3:08–cv–00215
 3:08–cv–00216
 3:08–cv–00217
 3:08–cv–00218
 3:08–cv–00219
 3:08–cv–00220
 3:08–cv–00221
 3:08–cv–00222

 3:08–cv–00223
 3:08–cv–00241
 3:08–cv–00242
 3:08–cv–00243
 3:08–cv–00244
 3:08–cv–00357
 3:08–cv–00358
 3:08–cv–00359
 3:08–cv–00360
 3:08–cv–00361
 3:08–cv–00362
 3:08–cv–00363
 3:08–cv–00364
 3:08–cv–00365
 3:08–cv–00411
 3:08–cv–00412
 3:08–cv–00413
 3:08–cv–00481
 3:08–cv–00482
 3:08–cv–00483
 3:08–cv–00484
 3:08–cv–00485
 3:08–cv–00486
 3:08–cv–00487
 3:08–cv–00488
 3:08–cv–00489
 3:08–cv–00490
 3:08–cv–00491
 3:08–cv–00492
 3:08–cv–00498
 3:08–cv–00499
 3:08–cv–00500
 3:08–cv–00501
 3:08–cv–00502
 3:08–cv–00503
 3:08–cv–00559
 3:08–cv–00560
 3:08–cv–00573
 3:08–cv–00574
 3:08–cv–00575
 3:08–cv–00576
 3:08–cv–00582
 3:08–cv–00583
 3:08–cv–00614

 3:08–cv–00671
 3:08–cv–00706
 3:08–cv–00707
 3:08–cv–00708
 3:08–cv–00709
 3:08–cv–00710

Cause: 28:1331 Fed. Question: Personal Injury

**Plaintiff**

**Patricia Melau**
*individually and as personal representative of*
*Edwin Melau, deceased*

represented by **Andy L. Allman**
Kelly, Kelly &Allman
629 E Main Street
Hendersonville, TN 37075
(615) 824–3703
Email: kellykellyallman@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Patrick Flynn**
Flynn &Radford
320 Seven Springs Way
Suite 150
Brentwood, TN 37027
(615) 370–9448
Email: pflynn@flynnandradford.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clinton L. Kelly**
Kelly, Kelly &Allman
629 E Main Street
Hendersonville, TN 37075
(615) 824–3703
Email: kellykellyallman@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Dulin Kelly**
Kelly, Kelly &Allman
629 E Main Street
Hendersonville, TN 37075
(615) 824–3703
Email: kellykellyallman@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael K. Radford**
Flynn &Radford
320 Seven Springs Way
Suite 150
Brentwood, TN 37027
(615) 370–9448
Email: mradford@flynnandradford.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert G. Germany**
Pittman, Germany, Roberts &Welsh, LLP
410 S President Street
Jackson, MS 39201
Email: rgg@pgrwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Novartis Pharmaceuticals Corporation**               represented by   **Katharine R. Latimer**
Spriggs &Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
(202) 898–5850
Fax: (202) 682–1639
Email: klatimer@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2007 | Ï 1 | AMENDED COMPLAINT filed against Novartis Pharmaceuticals Corporation based on the Court's severance order, DE No. 785, in the master case 3:06–md–1760.(af) (Entered: 12/07/2007) |
| 01/17/2008 | Ï 2 | ORDER: Jury Trial is set for 1/6/09 at 9:00 AM. Pretrial Conference is set for 12/15/08 at 1:00 PM. Joint Proposed Pretrial Order due by 12/8/08. By 12/1/08, the parties shall file any motions in limine and any motions objecting to expert testimony. Any responses to such motions shall be filed by 12/8/08. Signed by Judge Todd J. Campbell on 1/17/08. (jb) (Entered: 01/17/2008) |
| 02/04/2008 | Ï 3 | NOTICE of Filing by Terry Anderson, Julie Fritzky, Mary Blumenshine, Abbie Bowden, Mary Bane, Marsha Brown, Victor Brown, Denise Shewmake, Susan Eberhart, Karen Evers, Robert Foster, Patricia Fragomeli, Carol Hill, Elizabeth H. McCleery, Orville McDaniel, Patricia Melau, Brenda Melching, Elizabeth Miller, Bobby Lynn Montgomery, Stacy Zimmerman, Gerald Olson, James Patton, Roger Reinardy, Suzanne Strakhov, Marie Talley, Debra Thompson, George Tracy, John White, Denise White, Charles Hill Yarborough, Jr, Otilia Zinger re (1073 in 3:06–md–01760) MOTION to Change Venue *of the Severed Anderson, Becker and Wood Actions to Plaintiffs' Home Fora Following the Close of MDL Discovery In Each Case*, (1135 in 3:06–md–01760) Response in Opposition to Motion (Attachments: #_1 Exhibit Inadvertantly omitted Exhibit A to Plaintiffs' Response to Defendant's 1404a transfer motion)Associated Cases: 3:06–md–01760 et al.(Radford, Michael) (Entered: 02/04/2008) |
| 02/04/2008 | Ï 4 | OBJECTIONS *To Magistrate's Denial of Ex Parte Contacts in Arizona, Arkansas, Illinois, Indiana, Iowa, Minnesota, Mississippi, North Carolina, Pennsylvania, Rhode Island, Tennessee, and Washington* filed by All Defendants re (1094 in 3:06–md–01760) Order on Motion for Miscellaneous Relief,,. (Attachments: #_1 Exhibit A – Travis v. Thane International#_2 Exhibit B – Weiss v. Astellas Pharma US#_3 Exhibit C – Schwartz v. US#_4 Exhibit D – Croskey v. BMW of North America#_5 Exhibit E – Patton v. Novartis Consumer Health#_6 Exhibit F – Everhart v. National Passenger R.R.#_7 |

Exhibit G – Eve v. Sandoz Pharmaceuticals Corp# 8 Exhibit H – Evertson v. Dalkon Shield Claimants Trust# 9 Exhibit I – Wright v. Wasudev# 10 Exhibit J – Thomsen v. Mayo Foundation# 11 Exhibit K – Lillebo v. Zimmer, Inc.# 12 Exhibit L – Harper v. Brinke# 13 Exhibit M – Deposition of Chen Min Chun)Associated Cases: 3:06–md–01760, 3:06–cv–00371, 3:06–cv–00381, 3:06–cv–00385, 3:06–cv–00386, 3:06–cv–00390, 3:06–cv–00497, 3:06–cv–00499, 3:06–cv–00502, 3:06–cv–00503, 3:06–cv–00504, 3:06–cv–00507, 3:06–cv–00509, 3:06–cv–00513, 3:06–cv–00514, 3:06–cv–00518, 3:06–cv–00522, 3:06–cv–00525, 3:06–cv–00553, 3:06–cv–00693, 3:07–cv–01184, 3:07–cv–01188, 3:07–cv–01189, 3:07–cv–01190, 3:07–cv–01192, 3:07–cv–01193, 3:07–cv–01195, 3:07–cv–01197, 3:07–cv–01198, 3:07–cv–01201, 3:07–cv–01207, 3:07–cv–01208, 3:07–cv–01210, 3:07–cv–01211, 3:07–cv–01225(Latimer, Katharine) (Entered: 02/04/2008)

| | | |
|---|---|---|
| 02/07/2008 | Ī 5 | MOTION to Amend/Correct (89 in 3:06–md–01760, 89 in 3:06–md–01760, 89 in 3:06–md–01760) Order,,,, Set Deadlines,,,, Set Hearings,,, *and for Other Relief* by All Plaintiffs. Associated Cases: 3:06–md–01760, 3:05–cv–00719, 3:06–cv–00368, 3:06–cv–00369, 3:06–cv–00370, 3:06–cv–00371, 3:06–cv–00372, 3:06–cv–00373, 3:06–cv–00374, 3:06–cv–00375, 3:06–cv–00376, 3:06–cv–00377, 3:06–cv–00378, 3:06–cv–00379, 3:06–cv–00380, 3:06–cv–00381, 3:06–cv–00382, 3:06–cv–00383, 3:06–cv–00384, 3:06–cv–00385, 3:06–cv–00386, 3:06–cv–00387, 3:06–cv–00388, 3:06–cv–00389, 3:06–cv–00390, 3:06–cv–00391, 3:06–cv–00392, 3:06–cv–00393, 3:06–cv–00394, 3:06–cv–00493, 3:06–cv–00494, 3:06–cv–00495, 3:06–cv–00496, 3:06–cv–00497, 3:06–cv–00498, 3:06–cv–00499, 3:06–cv–00500, 3:06–cv–00502, 3:06–cv–00503, 3:06–cv–00504, 3:06–cv–00505, 3:06–cv–00506, 3:06–cv–00507, 3:06–cv–00508, 3:06–cv–00509, 3:06–cv–00510, 3:06–cv–00512, 3:06–cv–00513, 3:06–cv–00514, 3:06–cv–00515, 3:06–cv–00516, 3:06–cv–00517, 3:06–cv–00518, 3:06–cv–00519, 3:06–cv–00520, 3:06–cv–00521, 3:06–cv–00522, 3:06–cv–00523, 3:06–cv–00524, 3:06–cv–00525, 3:06–cv–00527, 3:06–cv–00550, 3:06–cv–00551, 3:06–cv–00552, 3:06–cv–00553, 3:06–cv–00554, 3:06–cv–00555, 3:06–cv–00618, 3:06–cv–00659, 3:06–cv–00660, 3:06–cv–00661, 3:06–cv–00662, 3:06–cv–00680, 3:06–cv–00693, 3:06–cv–00742, 3:06–cv–00743, 3:06–cv–00744, 3:06–cv–00745, 3:06–cv–00746, 3:06–cv–00747, 3:06–cv–00748, 3:06–cv–00749, 3:06–cv–00771, 3:06–cv–00772, 3:06–cv–00773, 3:06–cv–00812, 3:06–cv–00813, 3:06–cv–00815, 3:06–cv–00816, 3:06–cv–00817, 3:06–cv–00818, 3:06–cv–00819, 3:06–cv–00820, 3:06–cv–00821, 3:06–cv–00822, 3:06–cv–00823, 3:06–cv–00858, 3:06–cv–00860, 3:06–cv–00861, 3:06–cv–00862, 3:06–cv–00863, 3:06–cv–00864, 3:06–cv–00865, 3:06–cv–00957, 3:06–cv–00958, 3:06–cv–00959, 3:06–cv–00960, 3:06–cv–00961, 3:06–cv–00962, 3:06–cv–00963, 3:06–cv–00964, 3:06–cv–00965, 3:06–cv–00966, 3:06–cv–00967, 3:06–cv–00968, 3:06–cv–00969, 3:06–cv–00970, 3:06–cv–00971, 3:06–cv–00972, 3:06–cv–00973, 3:06–cv–00974, 3:06–cv–00975, 3:06–cv–00976, 3:06–cv–00977, 3:06–cv–01026, 3:06–cv–01027, 3:06–cv–01028, 3:06–cv–01029, 3:06–cv–01030, 3:06–cv–01031, 3:06–cv–01032, 3:06–cv–01057, 3:06–cv–01058, 3:06–cv–01059, 3:06–cv–01060, 3:06–cv–01123, 3:06–cv–01124, 3:06–cv–01125, 3:06–cv–01126, 3:06–cv–01127, 3:06–cv–01128, 3:06–cv–01129, 3:06–cv–01130, 3:06–cv–01131, 3:06–cv–01132, 3:06–cv–01163, 3:06–cv–01164, 3:06–cv–01165, 3:06–cv–01167, 3:06–cv–01168, 3:07–cv–00004, 3:07–cv–00005, 3:07–cv–00006, 3:07–cv–00007, 3:07–cv–00008, 3:07–cv–00035, 3:07–cv–00036, 3:07–cv–00037, 3:07–cv–00038, 3:07–cv–00039, 3:07–cv–00040, 3:07–cv–00041, 3:07–cv–00042, 3:07–cv–00043, 3:07–cv–00044, 3:07–cv–00092, 3:07–cv–00093, 3:07–cv–00094, 3:07–cv–00095, 3:07–cv–00096, 3:07–cv–00097, 3:07–cv–00098, 3:07–cv–00099, 3:07–cv–00100, 3:07–cv–00101, 3:07–cv–00102, 3:07–cv–00103, 3:07–cv–00104, 3:07–cv–00105, 3:07–cv–00106, 3:07–cv–00107, 3:07–cv–00108, 3:07–cv–00109, 3:07–cv–00110, 3:07–cv–00111, 3:07–cv–00169, 3:07–cv–00170, 3:07–cv–00228, 3:07–cv–00234, 3:07–cv–00235, 3:07–cv–00236, 3:07–cv–00237, 3:07–cv–00238, 3:07–cv–00239, 3:07–cv–00240, 3:07–cv–00276, 3:07–cv–00277, 3:07–cv–00278, 3:07–cv–00279, 3:07–cv–00280, 3:07–cv–00281, 3:07–cv–00300, 3:07–cv–00380, 3:07–cv–00381, 3:07–cv–00384, 3:07–cv–00385, 3:07–cv–00386, 3:07–cv–00387, 3:07–cv–00389, 3:07–cv–00390, 3:07–cv–00391, 3:07–cv–00392, 3:07–cv–00393, 3:07–cv–00394, 3:07–cv–00395, 3:07–cv–00396, 3:07–cv–00397, 3:07–cv–00398, 3:07–cv–00399, 3:07–cv–00425, 3:07–cv–00426, 3:07–cv–00427, 3:07–cv–00465, 3:07–cv–00466, 3:07–cv–00467, 3:07–cv–00468, 3:07–cv–00469, 3:07–cv–00470, 3:07–cv–00472, 3:07–cv–00473, 3:07–cv–00474, 3:07–cv–00475, 3:07–cv–00524, 3:07–cv–00525, 3:07–cv–00526, 3:07–cv–00527, 3:07–cv–00528, 3:07–cv–00529, 3:07–cv–00530, 3:07–cv–00531, 3:07–cv–00532, 3:07–cv–00533, 3:07–cv–00534, 3:07–cv–00535, 3:07–cv–00536, 3:07–cv–00537, |

3:07–cv–00538, 3:07–cv–00539, 3:07–cv–00564, 3:07–cv–00565, 3:07–cv–00566, 3:07–cv–00567, 3:07–cv–00568, 3:07–cv–00569, 3:07–cv–00570, 3:07–cv–00571, 3:07–cv–00572, 3:07–cv–00573, 3:07–cv–00575, 3:07–cv–00576, 3:07–cv–00662, 3:07–cv–00663, 3:07–cv–00664, 3:07–cv–00666, 3:07–cv–00734, 3:07–cv–00749, 3:07–cv–00777, 3:07–cv–00778, 3:07–cv–00780, 3:07–cv–00781, 3:07–cv–00782, 3:07–cv–00783, 3:07–cv–00784, 3:07–cv–00825, 3:07–cv–00837, 3:07–cv–00888, 3:07–cv–00931, 3:07–cv–00957, 3:07–cv–00958, 3:07–cv–00959, 3:07–cv–00960, 3:07–cv–00961, 3:07–cv–00962, 3:07–cv–00963, 3:07–cv–00994, 3:07–cv–00995, 3:07–cv–01017, 3:07–cv–01018, 3:07–cv–01019, 3:07–cv–01020, 3:07–cv–01021, 3:07–cv–01022, 3:07–cv–01023, 3:07–cv–01043, 3:07–cv–01044, 3:07–cv–01045, 3:07–cv–01061, 3:07–cv–01070, 3:07–cv–01071, 3:07–cv–01072, 3:07–cv–01137, 3:07–cv–01138, 3:07–cv–01139, 3:07–cv–01140, 3:07–cv–01141, 3:07–cv–01142, 3:07–cv–01143, 3:07–cv–01171, 3:07–cv–01182, 3:07–cv–01184, 3:07–cv–01185, 3:07–cv–01186, 3:07–cv–01187, 3:07–cv–01188, 3:07–cv–01189, 3:07–cv–01190, 3:07–cv–01191, 3:07–cv–01192, 3:07–cv–01193, 3:07–cv–01194, 3:07–cv–01195, 3:07–cv–01196, 3:07–cv–01197, 3:07–cv–01198, 3:07–cv–01199, 3:07–cv–01200, 3:07–cv–01201, 3:07–cv–01202, 3:07–cv–01203, 3:07–cv–01204, 3:07–cv–01205, 3:07–cv–01206, 3:07–cv–01207, 3:07–cv–01208, 3:07–cv–01209, 3:07–cv–01210, 3:07–cv–01211, 3:07–cv–01213, 3:07–cv–01225, 3:07–cv–01226, 3:07–cv–01227, 3:07–cv–01228, 3:07–cv–01278, 3:07–cv–01279, 3:07–cv–01280, 3:08–cv–00020, 3:08–cv–00067, 3:08–cv–00068, 3:08–cv–00069, 3:08–cv–00070, 3:08–cv–00071(Germany, Robert) (Entered: 02/07/2008)

| | | |
|---|---|---|
| 02/12/2008 | Ï 6 | RESPONSE in Support re (1073 in 3:06–md–01760) MOTION to Change Venue *of the Severed Anderson, Becker and Wood Actions to Plaintiffs' Home Fora Following the Close of MDL Discovery In Each Case* filed by All Defendants. (Attachments: # 1 Exhibit A –– Applied Web Systems v. Catalytic Combustion)Associated Cases: 3:06–md–01760, 3:07–cv–01184, 3:07–cv–01185, 3:07–cv–01186, 3:07–cv–01187, 3:07–cv–01188, 3:07–cv–01189, 3:07–cv–01190, 3:07–cv–01191, 3:07–cv–01192, 3:07–cv–01193, 3:07–cv–01194, 3:07–cv–01195, 3:07–cv–01196, 3:07–cv–01197, 3:07–cv–01198, 3:07–cv–01199, 3:07–cv–01200, 3:07–cv–01201, 3:07–cv–01202, 3:07–cv–01203, 3:07–cv–01204, 3:07–cv–01205, 3:07–cv–01206, 3:07–cv–01207, 3:07–cv–01208, 3:07–cv–01209, 3:07–cv–01210, 3:07–cv–01211, 3:07–cv–01213, 3:07–cv–01225, 3:07–cv–01226, 3:07–cv–01280(Latimer, Katharine) (Entered: 02/12/2008) |
| 02/27/2008 | Ï 7 | SECOND AMENDED COMPLAINT against Novartis Pharmaceuticals Corporation filed by Patricia Melau.(gi) (Entered: 02/28/2008) |
| 03/06/2008 | Ï 8 | MEMORANDUM OF THE COURT signed by Judge Todd J. Campbell on 3/6/08.Associated Cases: 3:06–md–01760, 3:07–cv–01184, 3:07–cv–01185, 3:07–cv–01186, 3:07–cv–01187, 3:07–cv–01188, 3:07–cv–01189, 3:07–cv–01190, 3:07–cv–01191, 3:07–cv–01192, 3:07–cv–01193, 3:07–cv–01194, 3:07–cv–01195, 3:07–cv–01196, 3:07–cv–01197, 3:07–cv–01198, 3:07–cv–01199, 3:07–cv–01200, 3:07–cv–01201, 3:07–cv–01202, 3:07–cv–01203, 3:07–cv–01204, 3:07–cv–01205, 3:07–cv–01206, 3:07–cv–01207, 3:07–cv–01208, 3:07–cv–01209, 3:07–cv–01210, 3:07–cv–01211, 3:07–cv–01213, 3:07–cv–01225, 3:07–cv–01226, 3:07–cv–01280 (af) (Entered: 03/06/2008) |
| 03/06/2008 | Ï 9 | ORDER granting deft's motion for a Section 1404(a) Venue Transfer of the Severed Anderson, Becker and Wood Actions to Plaintiff's Home Fora Following the Close of MDL Discovery in Each Case 1073 . Signed by Judge Todd J. Campbell on 3/6/08. Associated Cases: 3:06–md–01760, 3:07–cv–01184, 3:07–cv–01185, 3:07–cv–01186, 3:07–cv–01187, 3:07–cv–01188, 3:07–cv–01189, 3:07–cv–01190, 3:07–cv–01191, 3:07–cv–01192, 3:07–cv–01193, 3:07–cv–01194, 3:07–cv–01195, 3:07–cv–01196, 3:07–cv–01197, 3:07–cv–01198, 3:07–cv–01199, 3:07–cv–01200, 3:07–cv–01201, 3:07–cv–01202, 3:07–cv–01203, 3:07–cv–01204, 3:07–cv–01205, 3:07–cv–01206, 3:07–cv–01207, 3:07–cv–01208, 3:07–cv–01209, 3:07–cv–01210, 3:07–cv–01211, 3:07–cv–01213, 3:07–cv–01225, 3:07–cv–01226, 3:07–cv–01280(af) (Entered: 03/06/2008) |
| 05/21/2008 | Ï 10 | ORDER: The Magistrate Judge has received a notice from the parties of the selection of eight cases, which in addition to the two cases previously selected comprise the Wave 1–A cases that will be prepared for trial. A telephone conference has previously been set for 5/28/08. Counsel involved with these 10 cases should participate in this telephone conference. Deft has selected the Casali Case |

(3:07−1280) to which the Magistrate Judge has previously expressed some concern. Counsel for Casali should be prepared to address these issues during the conference and Novartis should be prepared to select an additional case if the Magistrate Judge continues to have concern about this case. Clerk will send a written notice of this order to the lead counsel for this 10 cases. Signed by Magistrate Judge Joe Brown on 5/21/08. Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:07−cv−01280, 3:08−cv−00068, 3:08−cv−00071(gi) (Entered: 05/21/2008)

| 06/20/2008 | Ï 11 | MOTION for Extension of Time to File *Motions to Compel Discovery by the PSC* by MDL 1760 Plaintiffs. Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071, 3:08−cv−00573(Miller, Philip) (Entered: 06/20/2008) |
| --- | --- | --- |
| 06/23/2008 | Ï 12 | Consent MOTION for Extension of Time to File *Motions to Compel Discovery* by MDL 1760 Plaintiffs. Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071, 3:08−cv−00573(Osborn, Daniel) (Entered: 06/23/2008) |
| 06/24/2008 | Ï 13 | MOTION to Compel *Discovery Responses* by MDL 1760 Plaintiffs. Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(Vecchione, John) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 14 | MEMORANDUM in Support of (9 in 3:08−cv−00071) MOTION to Compel filed by MDL 1760 Plaintiffs. (Attachments: # 1 Exhibit A−2006−06−11−PSC−Letter−to−NPC, # 2 Exhibit B−2006−06−17−Letter−NPC−to−PSC)Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(Vecchione, John) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 15 | DECLARATION of John J. Vecchione on Discovery Negotiation filed by MDL 1760 Plaintiffs re: (9 in 3:08−cv−00071) MOTION to Compel, (10 in 3:08−cv−00071) Memorandum in Support,. Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(Vecchione, John) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 16 | MOTION to Compel *Privileged Documents or Preserve Right to Challenge* by MDL 1760 Plaintiffs. Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(Vecchione, John) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 17 | MEMORANDUM in Support of (11 in 3:08−cv−00071) Declaration, (12 in 3:08−cv−00071) MOTION to Compel filed by MDL 1760 Plaintiffs *Regarding Priv. Log.* (Attachments: # 1 Exhibit Letter of PSC to NPC, # 2 Exhibit Letter of NPC to PSC)Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(Vecchione, John) (Entered: 06/24/2008) |
| 06/25/2008 | Ï 18 | NOTICE by MDL 1760 Plaintiffs re (13 in 3:08−cv−00071) Memorandum in Support, (Attachments: # 1 Exhibit Amended_Exhibit_C−1_to_Memorandum_in_Support_of_Motion_to_Compel, # 2 Exhibit Amended_Exhibit_C−2_to_Memorandum_in_Support_of_Motion_to_Compel, # 3 Exhibit Amended_Exhibit_C−3_to_Memorandum_in_Support_of_Motion_to_Compel, # 4 Exhibit Amended_Exhibit_C−4_to_Memorandum_in_Support_of_Motion_to_Compel, # 5 Exhibit Amended_Exhibit_C−5_to_Memorandum_in_Support_of_Motion_to_Compel, # 6 Exhibit Amended_Exhibit_C−6_to_Memorandum_in_Support_of_Motion_to_Compel, # 7 Exhibit Amended_Exhibit_C−7_to_Memorandum_in_Support_of_Motion_to_Compel, # 8 Exhibit Amended_Exhibit_C−8_to_Memorandum_in_Support_of_Motion_to_Compel, # 9 Exhibit |

Amended_Exhibit_C−9_to_Memorandum_in_Support_of_Motion_to_Compel, #10 Exhibit Amended_Exhibit_C−10_to_Memorandum_in_Support_of_Motion_to_Compel)Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(Vecchione, John) (Entered: 06/25/2008)

| 07/02/2008 | Ï19 | ORDER: Motion for Extension of Time to File Motions to Compel Discovery 1416 is granted. Signed by Magistrate Judge Joe Brown on 7/2/08. Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(km) (Entered: 07/03/2008) |
| --- | --- | --- |
| 07/02/2008 | Ï20 | ORDER: Motion for Extension of Time until 6/24/08 to File Motions to Compel Discovery is granted. Signed by Magistrate Judge Joe Brown on 7/2/08. Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(km) (Entered: 07/03/2008) |
| 07/11/2008 | Ï21 | Sealed Document *Opposition to Plaintiffs' Steering Committee's Motion to Compel Discovery Responses* filed by Novartis Pharmaceuticals Corporation. (Attachments: #1 Exhibit 1 – Deposition of Anne Altmeyer, March 14, 2008 (Excerpts), #2 Exhibit 2 – Deposition of Geoffrey Cook, April 17, 2008 (Excerpts), #3 Exhibit 3 – Deposition of Deborah Dunsire, March 6, 2008 (Excerpts), #4 Exhibit 4 – Deposition of Stefano Fratarcangeli, May 22, 2008 (Excerpts), #5 Exhibit 5 – Deposition of Yong Hei, April 13, 2008 (Excerpts), #6 Exhibit 6 – Deposition of John Hohneker, February 20, 2008 (Excerpts), #7 Exhibit 7 – Deposition of Linda Lantwicki, February 27, 2008 (Excerpts), #8 Exhibit 8 – Deposition of Reed McClung, December 6, 2007 (Excerpts), #9 Exhibit 9 – Deposition of Lynne McGrath, January 23, 2008 (Excerpts), #10 Exhibit 10 – Deposition of Nicholas Sauter, March 4, 2008 (Excerpts), #11 Exhibit 11 – Deposition of Peter Tarasoff, April 10, 2008 (Excerpts), #12 Exhibit 12 – Deposition of Peter Tarasoff, April 18, 2008 (Excerpts), #13 Exhibit 13 – Deposition of Rosa Weiss, March 11, 2008 (Excerpts), #14 Exhibit 14 – Deposition of Richard Weitzman, May 30, 2008 (Excerpts), #15 Exhibit 15 – Deposition of Dianne Young, June 5, 2008 (Excerpts), #16 Exhibit 16 – Resp. to First Req. for Produc., December 14, 2005 (Excerpts), #17 Exhibit 17 – Resp. to First Req. for Produc., February 5, 2007 (Excerpts), #18 Exhibit 18 – Resp. to Second Req. for Produc., February 9, 2007 (Excerpts), #19 Exhibit 19 – Resp. to Third Req. for Produc., November 1, 2007 (Excerpts), #20 Exhibit 20 – Hr.g Tr., January 22, 2007 (Excerpts), #21 Exhibit 21 – ZA−0792201, #22 Exhibit 22 – Dianne Young Deposition Exhibit, 4058, June 5, 2008, #23 Exhibit 23 – Anne Altmeyer Deposition Exhibit, 2839, March 14, 2008, #24 Exhibit 24 – Anne Altmeyer Deposition Exhibit, 2844, March 14, 2008, #25 Exhibit 25 – Anne Altmeyer Deposition Exhibit, 2880, March 14, 2008, #26 Exhibit 26 – Geoffrey Cook Deposition Exhibit, 3462, April 17, 2008, #27 Exhibit 27 – Linda Lantwicki Deposition Exhibit, 2406, February 27, 2008, #28 Exhibit 28 – Linda Lantwicki Deposition Exhibit, 2408, February 27, 2008, #29 Exhibit 29 – Linda Lantwicki Deposition Exhibit, 2414, February 27, 2008, #30 Exhibit 30 – Linda Lantwicki Deposition Exhibit, 2422, February 27, 2008, #31 Exhibit 31 – Katarzyne Sablinska Deposition Exhibit, 3322, April 15, 2008, #32 Exhibit 32 – Peter Tarasoff Deposition Exhibit, 3245, April 10, 2008, #33 Exhibit 33 – Rosa Weitzman Deposition Exhibit, 3918, May 30, 2008, #34 Exhibit 34 – Dianne Young Deposition Exhibit 4070, June 5, 2008, #35 Exhibit 35 – First Supplemental Resp. to First Req. for Produc., May 19, 2008 (Excerpts), #36 Exhibit 36 – ZA−0846771, #37 Exhibit 37 – ZA−0749886, #38 Exhibit 38 – ZAEM−02297220)Associated Cases: 3:06−md−01760, 3:06−cv−00377, 3:06−cv−00381, 3:06−cv−00521, 3:06−cv−00550, 3:06−cv−00659, 3:07−cv−01184, 3:07−cv−01198, 3:08−cv−00068, 3:08−cv−00069, 3:08−cv−00071(Latimer, Katharine) (Entered: 07/11/2008) |
| 07/17/2008 | Ï22 | ORDER: Pltfs have filed a Motion to compel Discovery (1439) regarding several separate matters. Requests regarding improperly redacted materials, "Dear Doctor" letters, for financial information and "the survey issue" are denied. Request that deft be compelled to provide the x−rays of several patients involved in the clinical trials is granted. Deft should produce the records of the identified 26 patients at deft's expense. The Magistrate Judge needs further information from the parties on the issues of e−mails and databases. It will be on the agenda for the next scheduled telephone conference. The last |

| | | |
|---|---|---|
| | | issue involves recently reviewed discovery. The Magistrate Judge finds that pltfs' request for additional time to review this information and to file any motions is reasonable. Pltfs have until 8/5/08 to file any necessary motions. Signed by Magistrate Judge Joe Brown on 7/17/08. Associated Cases: 3:06–md–01760, 3:06–cv–00377, 3:06–cv–00381, 3:06–cv–00521, 3:06–cv–00550, 3:06–cv–00659, 3:07–cv–01184, 3:07–cv–01198, 3:08–cv–00068, 3:08–cv–00069, 3:08–cv–00071(gi) (Entered: 07/18/2008) |
| 08/05/2008 | Ï 23 | ORDER: Pursuant to the Court's prior order 1223 , this case is transferred to the U. S. District Court for the Northern District of Illinois. Parties should consider petitioning the Judicial Panel on Multidistrict Litigation, pursuant to 28 USC, Section 1407, to transfer the case to this Court for coordinated or consolidated pretrial proceedings. Clerk is directed to transfer this file to the U.S. District Court for the Northern District of Illinois. Signed by Chief Judge Todd J. Campbell on 8/5/08. Associated Cases: 3:06–md–01760, 3:07–cv–01198(gi) (Entered: 08/05/2008) |
| 08/05/2008 | Ï 24 | MOTION to Compel *NPC's Responses and Strike NPC's Objections* by MDL 1760 Plaintiffs. Associated Cases: 3:06–md–01760, 3:06–cv–00377, 3:06–cv–00381, 3:06–cv–00521, 3:06–cv–00550, 3:06–cv–00659, 3:07–cv–01184, 3:07–cv–01198, 3:08–cv–00068, 3:08–cv–00069, 3:08–cv–00071(Vecchione, John) (Entered: 08/05/2008) |
| 08/05/2008 | Ï 25 | MEMORANDUM in Support of (19 in 3:08–cv–00071) MOTION to Compel filed by MDL 1760 Plaintiffs. (Attachments: # 1 Exhibit PSC_Memorandum_in_Support_of_Motion_to_Compel_Discovery_Responses_Exhibit_1, # 2 Exhibit PSC_Memorandum_in_Support_of_Motion_to_Compel_Discovery_Responses_Exhibit_2, # 3 Exhibit PSC_Memorandum_in_Support_of_Motion_to_Compel_Discovery_Responses_Exhibit_3, # 4 Exhibit PSC_Memorandum_in_Support_of_Motion_to_Compel_Discovery_Responses_Exhibit_4)Associated Cases: 3:06–md–01760, 3:06–cv–00377, 3:06–cv–00381, 3:06–cv–00521, 3:06–cv–00550, 3:06–cv–00659, 3:07–cv–01184, 3:07–cv–01198, 3:08–cv–00068, 3:08–cv–00069, 3:08–cv–00071(Vecchione, John) (Entered: 08/05/2008) |