## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Patricia Melau, Individually and as Personal Representative of Edwin Melau, Deceased
vs.
Novartis Pharmaceuticals Corporation

Case Number:
2008C-4482

Judge Matthew F. Kennelly

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Novartis Pharmaceuticals Corporation

| | |
|---|---|
| **NAME** (Type or print) <br> Sarah L. Olson | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Sarah L. Olson | |
| **FIRM** <br> Wildman, Harrold, Allen & Dixon LLP | |
| **STREET ADDRESS** <br> 225 West Wacker Drive | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6193316 | **TELEPHONE NUMBER** <br> (312) 201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]  NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]  NO [X] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]  APPOINTED COUNSEL [ ] | |

American LegalNet, Inc.
www.USCourtForms.com